<u>EXHIBIT A</u>

PART 1

| Renewal of Number | | Policy Number |
|---|---|---|
| NEW | | BCS0010238 |

### ⚲ SCOTTSDALE INSURANCE COMPANY®

**Home Office:**
One Nationwide Plaza - Columbus, Ohio 43215
**Administrative Office:**
8877 North Gainey Center Drive, Scottsdale, Arizona 85258
1-800-423-7675 (outside Arizona)
**A STOCK COMPANY**

R/B BCS0012871

NJ Transaction Code:
F0301-05-00372

## COMMON POLICY DECLARATIONS

**Item 1.   Named Insured and Mailing Address**

BADGER ROOFING CO. INC.
5 SMALLEY AVE
MIDDLESEX NJ 08846

**Agent Name and Address**

CRC INSURANCE SERVICES INC
570 W MT PLEASANT AVE STE 100
LIVINGSTON NJ 07039-1619

Agent No.  29718          Program No.:  NONE

| **Item 2.   Policy Period** | **From:**   05-01-05 | **To:**   05-01-06 | **Term:** 1   Year |
|---|---|---|---|
| | 12:01 A.M., Standard Time at your mailing address | | |

Business Description:          ROOFING CONTRACTOR

BROKERAGE
CASUALTY

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage.  This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial General Liability Coverage Part | $ 110,000.00 |
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial Crime Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto (Business Auto or Truckers) Coverage Part | $ NOT COVERED |
| Commercial Garage Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| | $ |
| **Total Policy Premium** | $ 110,000.00 |
| | $ |
| Total Taxes, Surcharges or Fees | $ 135.00 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

*Richard J Schr...* (signature)

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

OPS-D-1 (12-00)

Home Office Copy

COMPANY ISSUED
POLICY

# SCOTTSDALE INSURANCE COMPANY®
## GENERAL LIABILITY PROCESSING FORM

Process _____ of _____

PF14—HEADER

2ND POLICY HEADER SCREEN

End't Effec Date _____   Term _____

☐ CXL State
☐ NYFTZ

☐ Audit Endorse   ☐ Amend Policy Period

☐ NB   ☐ RNC   ☐ ENDT   ☐ RETRO
☐ AUDIT   ☐ MED   ☐ EMP

LOC SCREEN: RETRO/TAIL Date _____

SIR Revision Date _____
End't Form _____
Bill Date _____

End't   Factor _____

Page _____ of _____   ☐ See End't

PF14—COVERAGE: Bill Method 2

Coverage Part: 001   ☐ Claims Made

Limits for Self Insured Retention:
☐ Simplified—See Schedule
☐ Non-Simplified
☐ Simplified
☐ CSL   ☐ PI
☐ BI   ☐ PD

Prem Ded _____   Ded Type: B P C S

Prod Ded _____   Ded Type: B P C S

NO TERRORISM

| ST LOC | INT COV | SUB | CLASS | TERR | TAX TERR | LM DD | EXP | EI | INT CLASS | PRO PREM | ORIG PREM |
|--------|---------|-----|-------|------|----------|-------|-----|-----|-----------|----------|-----------|
| | | | | | | | | X | | | |

Location Subtotals

| # | PRO | ORIG |
|---|-----|------|

for add'l non-money changes

☐ Subtotals Contd.

Comments:
End't #: $135

INSPECTION STAMP

Inspec Date _____   Insp.

☐ OVER

POLICY TOTAL WITHOUT FEES:   PRO _____   ORIG _____

POLICY TOTAL WITH FEES:   PRO _____   ORIG _____

| CODING | ENTRY | FILE |
|--------|-------|------|



SCOTTSDALE INSURANCE COMPANY®

## Policy Trail Log

Named Insured: **Badger Roofing Co., Inc.**

Operations: _____

Expected number of claims: **2**   Expected aggregate: $ **38,846**   Deductible/SIR: $ **5,000**

| Policy Number | Term | Premium | No. of Losses | Dollar Amount Paid | Loss Ratio |
|---|---|---|---|---|---|
| BCS0010238 | 5-1-05/06 | 110,000 | | | |
| BCS0012871 | 5-1-06/07 | 110,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Initials | Date | Claim No. | Date of Loss | Report Date | Reserve or Paid | Recovery | Type of Loss & Description |
|---|---|---|---|---|---|---|---|
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |
| U N D | | | | | | | |
| M G R | | | | | LAE | | |

ADM-30 (12-92)

| Initials | Date | Claim No. | Date of Loss | Report Date | Reserve or Paid | Recovery | Type of Loss & Description |
|---|---|---|---|---|---|---|---|
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |
| U N D |  |  |  |  |  |  |  |
| M G R |  |  |  |  | LAE |  |  |

ADM-30a (12-92)

### ♣ SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF TAXES, SURCHARGES OR FEES

Policy No. BCS0010238

Named Insured BADGER ROOFING CO. INC.

Effective Date: 05-01-05
12:01 A.M., Standard Time

Agent No. 29718

---

OPS-D-1 (cont.)

TAXES/SURCHARGES/FEES DETAILED BREAKDOWN :

INSPECTION FEE                                    $        135.00
                                                  --------------
TOTAL TAXES/SURCHARGES                            $        135.00



# SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. BCS0010238                    Effective Date: 05-01-05
                                                    12:01 A.M., Standard Time
Named Insured BADGER ROOFING CO. INC.         Agent No. 29718

---

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| UTS-COVPG | 01-05 | COVER PAGE |
| OPS-D-1 | 12-00 | COMMON POLICY DECLARATIONS |
| UTS-126L | 10-93 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| UTS-SP-2L | 12-95 | SCHEDULE OF FORMS & ENDORSEMENTS |
| UTS-SP-3 | 08-96 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 07-02 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| UTS-74G | 08-95 | PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION |
| JTS-9G | 05-96 | SERVICE OF SUIT CLAUSE |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CLS-SD-1L | 08-01 | COMMERCIAL LIABILITY COVERAGE PART DEC |
| CLS-SP-1L | 10-93 | GENERAL LIABILITY COVERAGE PART-EXT. |
| GLS-103S | 09-02 | DESIGNATED OPERATIONS EXCLUSION |
| GLS-230S | 01-03 | MIN & ADV PREM\MIN EARNED CANC ENDT |
| CG 00 01 | 10-01 | COMMERCIAL GENERAL LIABILITY COV FORM |
| CG 00 62 | 12-02 | WAR LIABILITY EXCLUSION |
| CG 00 67 | 03-05 | EXCL-VIOL OF STATS THAT GOVERN EMAIL FAX |
| CG 20 33 | 07-04 | ADDL INS - OWNERS, LESSEES OR CONTR'S |
| CG 21 34 | 01-87 | EXCL-DESIGNATED WORK |
| CG 21 35 | 10-01 | EXCL-COV C-MEDICAL PAYMENTS |
| CG 21 47 | 07-98 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 49 | 09-99 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG 21 53 | 01-96 | EXCL - DESIGNATED ONGOING OPERATIONS |
| CG 21 67 | 12-04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 75 | 12-02 | EXCL CERTIF ACTS OF TERRORISM & OTHR ACT |
| CG 21 86 | 12-04 | EXCL-EXTERIOR INSULATION & FINISH SYSTEM |
| CG 21 96 | 03-05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 22 79 | 07-98 | EXCL-CONTRACTORS-PROF LIAB |
| CG 24 26 | 07-04 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CG 25 03 | 03-97 | DESIGNATED CONSTRUCTION PROJECTS GENERAL |
| CG 26 20 | 10-93 | NJ CHANGES - LOSS INFORMATION |
| GLS-148S | 06-99 | LIABILITY DEDUCTIBLE (PER OCC/OFF) |
| GLS-152S | 12-96 | AMENDMENT TO OTHER INS CONDITION |
| GLS-169S | 05-03 | EMPLOYEE BENEFIT LIABILITY |
| GLS-58S | 12-93 | LEAD CONTAMINATION EXCLUSION |
| GLS-71S | 07-97 | LEASED WORKERS AMENDATORY ENDT. |
| GLS-74S | 11-01 | AMENDMENT OF CONDITIONS |
| UTS-131G | 03-92 | ASBESTOS EXCLUSION |
| UTS-301G | 07-02 | SUBSIDENCE EXCLUSION |
| GLS-30S | 08-04 | CONTRACTORS SPECIAL CONDITION |

 **SCOTTSDALE INSURANCE COMPANY®**

## SCHEDULE OF LOCATIONS

Policy No. BCS0010238

Effective Date: 05-01-05
12:01 A.M., Standard Time

Named Insured BADGER ROOFING CO. INC.

Agent No. 29718

| Prem. No. | Bldg. No. | Designated Premises (Address, City, State, Zip Code) | Occupancy |
|-----------|-----------|------------------------------------------------------|-----------|
| 001 | | 5 SMALLEY AVE<br>MIDDLESEX, NJ 08846-0000 | |

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY® | **ENDORSEMENT**<br>**NO.**_____ |
| Attached to and forming a part of<br>Policy No. BCS0010238<br>Named Insured BADGER ROOFING CO. INC. | Endorsement Effective Date 05-01-05<br>12:01 A.M., Standard Time<br>Agent No. 29718 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

In consideration of the premium charged, it is agreed that this policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action; however, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

_____ / _____
                AUTHORIZED REPRESENTATIVE              DATE

UTS-74g (8-95)                          Home Office Copy

---

| ⅄ SCOTTSDALE INSURANCE COMPANY® | ENDORSEMENT<br>NO._____ |
|---|---|
| Attached to and forming a part of<br>Policy No. BCS0010238<br>Named Insured BADGER ROOFING CO. INC. | Endorsement Effective Date 05-01-05<br>12:01 A.M., Standard Time<br>Agent No. 29718 |

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SERVICE OF SUIT CLAUSE

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due under this policy, the Company at the request of the Insured (or reinsured), will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give the Court jurisdiction. All matters which arise will be determined in accordance with the law and practice of the Court. In a suit instituted against any one of them under this contract, the Company agrees to abide by the final decision of the Court or of any Appellate Court in the event of an appeal.

Pursuant to any statute of any state, territory or district of the United States of America which makes a provision, the Company will designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured (or reinsured) or any beneficiary arising out of this contract of insurance (or reinsurance).

The officer named below is authorized and directed to accept service of process on behalf of the Company:

COMMISSIONER OF INSURANCE
_____

20 W STATE ST
_____

TRENTON, NJ  08625
_____

Having accepted service of process on behalf of the Company, the officer is authorized to mail the process or a true copy to:

_____

RECIPIENT NOT REQUIRED
_____

_____

_____    /    _____
AUTHORIZED REPRESENTATIVE                              DATE

UTS-9g (5-96)                              Home Office Copy

 **SCOTTSDALE INSURANCE COMPANY®**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy No.  BCS0010238

Effective Date:  05-01-05
12:01 A.M., Standard Time

Named Insured  BADGER ROOFING CO. INC.

Agent No.  29718

**Item 1.  Limits of Insurance**

| Coverage | Limit of Liability | |
|---|---|---|
| Aggregate Limits of Liability | $  1,000,000 | Products/Completed Operations Aggregate |
| | $  2,000,000 | General Aggregate (other than Products/Completed Operations) |
| Coverage A - Bodily Injury and Property Damage Liability | $  1,000,000 | any one occurrence subject to the Products/Completed Operations and General Aggregate Limits of Liability |
| Damage To Premises Rented To You | $  100,000 | any one premises subject to the Coverage A occurrence and the General Aggregate Limits of Liability |
| Coverage B - Personal and Advertising Injury Liability | $  1,000,000 | any one person or organization subject to the General Aggregate Limits of Liability |
| Coverage C - Medical Payments | $  NOT COVERED | any one person subject to the Coverage A occurrence and the General Aggregate Limits of Liability |

**Item 2.  Form of Business and Location of Premises**

Form of business: ROOFING CONTRACTOR

☐ Individual    ☐ Partnership    ☐ Joint Venture    ☐ Trust    ☐ Limited Liability Company

☒ Organization including a corporation (other than Partnership, Joint Venture or Limited Liability Company)

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

**Item 3.  Forms and Endorsements**

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

**Item 4.  Premiums**

| | | |
|---|---|---|
| Coverage Part Premium: | $ | 110,000.00 |
| Other Premium: | $ | |
| Total Premium: | $ | 110,000.00 |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CLS-SD-1L (08/01)

ADVANCE COPY



**SCOTTSDALE INSURANCE COMPANY®**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## EXTENSION OF SUPPLEMENTAL DECLARATIONS

Policy No. BCS0010238

Named Insured BADGER ROOFING CO. INC.

Effective Date: 05-01-05
12:01 A.M., Standard Time
Agent No. 29718

---

| Prem. No. 001 | Bldg. No. | Class Code 18437 | Exposure IF ANY | Basis GROSS SALES/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| **Class Description:** STORES - NO FOOD OR DRINK - OTHER THAN NOT-FOR-PROFIT | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 7.090 | |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 3.154 | |

| Prem. No. 001 | Bldg. No. | Class Code 91342 | Exposure $ 50,200 | Basis PAYROLL/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| **Class Description:** CARPENTRY | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 102.852 | 5,163 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 40.609 | 2,039 |

| Prem. No. 001 | Bldg. No. | Class Code 91585 | Exposure $ 165,505 | Basis TOTAL COST/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| **Class Description:** CONTRACTORS - SUBCONTRACTED WORK - IN CONNECTION WITH CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION OF BUILDINGS | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 3.191 | 528 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 10.217 | 1,691 |

| Prem. No. 001 | Bldg. No. | Class Code 97447 | Exposure $ 27,226 | Basis PAYROLL/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| **Class Description:** MASONRY | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 76.297 | 2,077 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 14.503 | 395 |

CLS-SP-1L (10-93)

Home Office Copy



## SCOTTSDALE INSURANCE COMPANY®

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# EXTENSION OF SUPPLEMENTAL DECLARATIONS

Policy No. BCS0010238

Named Insured BADGER ROOFING CO. INC.

Effective Date: 05-01-05
12:01 A.M., Standard Time

Agent No. 29718

| Prem. No. 001 | Bldg. No. | Class Code 98677 | Exposure $ 224,898 | Basis PAYROLL/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| Class Description: ROOFING - COMMERCIAL | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 322.517 | 72,533 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 62.475 | 14,051 |

| Prem. No. 001 | Bldg. No. | Class Code 98678 | Exposure IF ANY | Basis PAYROLL/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| Class Description: ROOFING - RESIDENTIAL | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 296.367 | |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 92.788 | |

| Prem. No. 001 | Bldg. No. | Class Code 98884 | Exposure $ 199,232 | Basis PAYROLL/NEAREST THOUSAND | |
|---|---|---|---|---|---|
| Class Description: SHEET METAL WORK - OUTSIDE | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | 37.772 | 7,525 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | 10.583 | 2,108 |

| Prem. No. | Bldg. No. | Class Code 49950 | Exposure | Basis | |
|---|---|---|---|---|---|
| Class Description: ADDITIONAL INTEREST: BLANKET CG 20 33 | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | | 1,140 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | | |

 SCOTTSDALE INSURANCE COMPANY®

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## EXTENSION OF SUPPLEMENTAL DECLARATIONS

Policy No. BCS0010238                    Effective Date: 05-01-05
                                              12:01 A.M., Standard Time
Named Insured BADGER ROOFING CO. INC.    Agent No. 29718

| Prem. No. | Bldg. No. | Class Code 73444 | Exposure | Basis | |
|---|---|---|---|---|---|
| Class Description: **EMPLOYEE BENEFITS** | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | | 750 |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | | |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis | |
|---|---|---|---|---|---|
| Class Description: | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | | |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | | |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis | |
|---|---|---|---|---|---|
| Class Description: | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | | |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | | |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis | |
|---|---|---|---|---|---|
| Class Description: | | | | Premises/Operations | |
| | | | | Rate | Premium |
| | | | | | |
| | | | | Products/Comp Operations | |
| | | | | Rate | Premium |
| | | | | | |

CLS-SP-1L (10-93)                    Home Office Copy

| | ENDORSEMENT NO. _____ |
|---|---|
| ⅃⅃Ꭺ  SCOTTSDALE INSURANCE COMPANY® | |

| Attached to and forming a part of | Endorsement Effective Date  05-01-05 |
|---|---|
| Policy No.   BCS0010238 | 12:01 A.M., Standard Time |
| Named Insured  BADGER ROOFING CO. INC. | Agent No.     29718 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DESIGNATED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**HOSPITAL PROFESSIONAL LIABILITY COVERAGE FORM**
**ERRORS AND OMISSIONS COVERAGE PART**
**PROFESSIONAL LIABILITY INSURANCE**
**BEAUTY PARLOR/BARBER SHOP PROFESSIONAL LIABILITY INSURANCE**

### SCHEDULE

| Description of excluded operations: |
|---|
| 1.) ALL WATERPROOFING OPERATIONS AND/OR |
| 2.) USE OF EXPLOSIVES BY OR ON BEHALF OF AN INSURED AND/OR |
| 3.) FIRE SPRINKLER SYSTEM INSTALLATION, SERVICE OR REPAIR BY EMPLOYEES OF ANY INSURED |
| |
| |
| |

This insurance does not apply to any **medical incident**, "damages," "bodily injury," "property damage," or "personal and advertising injury" arising out of the operations shown in the schedule above.

_____      / _____
                AUTHORIZED REPRESENTATIVE                      DATE

GLS-103s (9-02)

Home Office Copy

---

**SCOTTSDALE INSURANCE COMPANY®**

**ENDORSEMENT NO.** _____

Attached to and forming a part of

Policy No.  BCS0010238

Named Insured  BADGER ROOFING CO. INC.

Endorsement Effective Date   05-01-05

12:01 A.M., Standard Time

Agent No.   29718

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM AND ADVANCE PREMIUM/MINIMUM EARNED CANCELLATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

### SCHEDULE

MINIMUM PREMIUM $    93,500

Item 5. **Premium Audit** Condition of **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, SECTION IV - LIQUOR LIABILITY CONDITIONS** and **SECTION IV - PRODUCTS/COMPLETED OPERATIONS LIABILITY CONDITIONS** is replaced by:

5. **Premium Audit**

   a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b.  Premium shown in this Coverage Part as Advance Premium is a deposit premium only. At the close of each audit period we will compute the Earned Premium for that period and a billing notice of any Audit Premium due will be sent to the first Named Insured. The due date for the Audit Premium is the date shown as the due date on the bill. If the sum of the Advance Premium and Audit Premiums is greater than the Earned Premium, we will return the excess to the first Named Insured, subject to us retaining a Minimum Premium as shown above in the Schedule, including any premium adjustments made by endorsement to this policy during the policy period.

   c.  The first Named Insured must keep records of the information we need for premium computation, and provide us or our representative copies at such times as we may request. In the event the first Named Insured fails or refuses to allow us or our representative to audit your records, we may unilaterally charge an Audit Premium for the policy period at or up to double the Minimum or Advance Premium, whichever is greater, and such Audit Premium shall be immediately due and payable on notice to the first Named Insured.

   d.  If you request cancellation of this Coverage Part or policy, we will retain not less than twenty-five percent (25%) of the Advance Premium.

For purposes of this endorsement, the terms Advance Premium, Audit Premium, Earned Premium and Minimum Premium are defined as follows:

Advance Premium means the premium for this Coverage Part that is stated in the policy declarations and payable in full by the first Named Insured at the inception of the policy.

GLS-230s (1-03)

Page 1 of 2

Home Office Copy

Audit Premium means the premium for this Coverage Part that is developed by calculating the difference between the Advance Premium and the Earned Premium.

Earned Premium means the premium for this Coverage Part that is developed by applying the rate(s) in the policy to the actual premium basis for the audit period.

Minimum Premium means the lowest premium for which this Coverage Part will be written for the policy period.

---

AUTHORIZED REPRESENTATIVE                    DATE

Page 2 of 2

Home Office Copy

POLICY NUMBER: BCS0010238                                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:** Option #4

All of "your work" that both:

1.  Is neither in whole or in part within the states of Arizona, California, Colorado, Hawaii, Louisiana, Nevada, Texas or Washington; and

2.  Consists of a(an):
    a.  Tract or subdivision of single or multi-family dwelling(s);
    b.  Townhouse, townhome, or other multi-unit habitational building(s);
    c.  Residential condominiums or residential cooperatives; or
    d.  Multi-use/mixed use projects that include any of the occupancies described in items a, b and c above.

    That does now, or is designed to include, more than eight (8) residential units in total.


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

POLICY NUMBER: BCS0010238

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
| ALL PREMISES AND CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

© ISO Properties, Inc., 2000

Home Office Copy

POLICY NUMBER: BCS0010238

**COMMERCIAL GENERAL LIABILITY**
**CG 21 53 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Designated Ongoing Operation(s):** Option #4

All operations upon any structure that is or is part of a(an):
a.  Tract or subdivision of single or multi-family dwelling(s);
b.  Townhouse, townhome, or other multi-unit habitational building(s);
c.  Residential condominiums or residential cooperatives; or
d.  Multi-use/mixed use projects that include any of the occupancies described in items a, b and c above.

That does now, or is designed to include, more than eight (8) residential units in total.

**Specified Location (If Applicable):**

Any location that is neither in whole or in part within the states of Arizona, California, Colorado, Hawaii, Louisiana, Nevada, Texas or Washington.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

POLICY NUMBER: BCS0010238

COMMERCIAL GENERAL LIABILITY
CG 25 03 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Designated Construction Projects:
ALL PROJECTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under COVERAGE C regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

3. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other

designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

Home Office Copy

D.  If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E.  The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

    Copyright, Insurance Services Office, Inc., 1996    CG 25 03 03 97  ☐

Home Office Copy

| | ENDORSEMENT |
|---|---|
| SCOTTSDALE INSURANCE COMPANY® | NO. _____ |

| Attached to and forming a part of | Endorsement Effective Date 05-01-05 |
|---|---|
| Policy No. BCS0010238 | 12:01 A.M., Standard Time |
| Named Insured BADGER ROOFING CO. INC. | Agent No. 29718 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY LIABILITY DEDUCTIBLE ENDORSEMENT
### (Per Occurrence or Offense)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability | $          5000 | per occurrence |
| Property Damage Liability | $          5000 | per occurrence |
| Personal and Advertising Injury Liability (Personal Injury and Advertising Injury) | $          5000 | per offense |

**APPLICATION OF ENDORSEMENT**

Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury," "property damage," and "personal and advertising injury," ("personal injury" and "advertising injury") however caused:

**NO LIMITATION**

1. Our obligation under the Bodily Injury Liability, Property Damage Liability, Personal and Advertising Injury Liability ("Personal Injury" and "Advertising Injury") Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as

applicable to such coverages, and the Limits of Insurance applicable to Each Occurrence or offense for such coverages will be reduced by the amount of such deductible. Aggregate Limits for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts apply to damages and all legal and loss adjustment expenses.

3. The deductible amounts stated in the Schedule above apply:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Personal and Advertising Liability ("Personal Injury" and "Advertising Injury") Coverage, to all damages because of "personal injury" or "advertising injury"

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998

Home Office Copy

GLS-148s (6-99)

as the result of any one "occurrence" or offense, regardless of the number of persons or organizations who sustain damages because of that "occurrence" or offense.

4. The terms of this insurance, including those with respect to our right and duty to defend any "suits" seeking those damages and your duties in the event of an "occurrence," offense, claim or "suit," apply.

irrespective of the application of the deductible amount.

5. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us..

_____                    _____

AUTHORIZED REPRESENTATIVE                          DATE

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998

**SCOTTSDALE INSURANCE COMPANY®**

**ENDORSEMENT**
**NO.**_____

Attached to and forming a part of
Policy No. BCS0010238
Named Insured BADGER ROOFING CO. INC.

Endorsement Effective Date 05-01-05
12:01 A.M., Standard Time
Agent No. 29718

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT TO OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

---

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted in its entirety and is replaced by the following:

**4. Other Insurance**

  **a. Primary Insurance**

    This insurance is primary except when **b.** below applies.

  **b. Excess Insurance**

    This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

    (1)   That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    (2)   That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    (3)   If the loss arises out of the maintenance or use of aircraft, "auto" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I); or

    (4)   That is valid and collectible insurance available to you under any other policy.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only the amount of the loss, if any, that exceeds the sum of:

(1)   The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2)   The total of all deductible and self-insured amounts under all other insurance.

If a loss occurs involving two or more policies, each of which states that its insurance will be excess, then our policy will contribute on a pro rata basis.

---

_____   /_____
      AUTHORIZED REPRESENTATIVE         DATE

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994

| | **ENDORSEMENT** |
|---|---|
| ![Scottsdale logo] **SCOTTSDALE INSURANCE COMPANY®** | **NO.** _____ |

| Attached to and forming a part of | Endorsement Effective Date   05-01-05 |
|---|---|
| Policy No.  BCS0010238 | 12:01 A.M., Standard Time |
| Named Insured  BADGER ROOFING CO. INC. | Agent No.    29718 |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EMPLOYEE BENEFIT LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### SCHEDULE

| Coverage | Limits of Liability | Premium |
|---|---|---|
| Employee Benefits Programs | $  1,000,000 Each Employee<br>$  1,000,000 Aggregate | $ INCL |

**A.** The following is added to the **SECTION I - COVER-AGES:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured be-comes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this in-surance does not apply. We may, at our dis-cretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Paragraph **E. (SECTION III-LIMITS OF INSURANCE)** of this endorsement; and

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered un-less explicitly provided for under Supple-mentary Payments of the Commercial General Liability Coverage Form.

   **b.** This insurance applies to damages only if:

      **(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

      **(2)** The act, error or omission takes place in the "coverage territory," and;

      **(3)** The act, error or omission occurs during the policy period.

**2. Exclusions**

This insurance does not apply to:

   **a. Dishonest, Fraudulent, Criminal Or Mali-cious Acts**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

Home Office Copy

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury," "property damage" or "personal and advertising injury."

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program."

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program."

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable

effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement the following applies to the **SUPPLEMENTAL PAYMENTS - COVERAGES A AND B:**

1. All references to **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** are replaced by **SUPPLEMENTARY PAYMENTS - COVERAGES A, B AND EMPLOYEE BENEFITS LIABILITY.**

2. Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **SECTION II - WHO IS AN INSURED** are replaced by the following:

2. Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program."

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

Home Office Copy

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, Paragraph **3.** of **SECTION II - WHO IS AN INSURED** does not apply.

**E.** For the purposes of the coverage provided by this endorsement, **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) "Claims" made or "suits" brought;

(3) Persons or organizations making "claims" or bringing "suits";

(4) Acts, errors or omissions; or

(5) Benefits included in your "employee benefit program."

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program."

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee," including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

(1) An act, error or omission; or

(2) A series of related acts, errors or omissions;

negligently committed in the "administration" of your "employee benefit program."

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program."

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**F.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim." To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

Home Office Copy

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis and that applies to an act, error or omission.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay

for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **SECTION V - DEFINITIONS** Section:

**1.** "Administration" means:

**a.** Providing information to "employees," including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit," made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

GLS-169s (5-03)

Home Office Copy

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees," whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tui-

tion assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

---

AUTHORIZED REPRESENTATIVE                    DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

Home Office Copy

---

SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT**
NO._____

Attached to and forming a part of
Policy No. BCS0010238
Named Insured BADGER ROOFING CO. INC.

Endorsement Effective Date  05-01-05
12:01 A.M., Standard Time

Agent No. 29718

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LEAD CONTAMINATION EXCLUSION

This endorsement modifies insurance provided under:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This endorsement excludes "occurrences" at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured; or from the operations of the insured, which result in:

a. "Bodily Injury" arising out of the ingestion, inhalation or absorption of lead in any form;

b. "Property Damage" arising from any form of lead;

c. "Personal Injury" arising from any form of lead;

d. "Advertising Injury" arising from any form of lead;

e. **Medical Payments** arising from any form of lead;

f. Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

g. Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

_____   /   _____
AUTHORIZED REPRESENTATIVE              DATE

GLS-58s (12-93)

Home Office Copy

| | ENDORSEMENT |
|---|---|
| ⅃⅄ SCOTTSDALE INSURANCE COMPANY® | NO._____ |
| Attached to and forming a part of<br>Policy No. BCS0010238<br>Named Insured BADGER ROOFING CO. INC. | Endorsement Effective Date 05-01-05<br>12:01 A.M., Standard Time<br>Agent No. 29718 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LEASED WORKERS AMENDATORY ENDORSEMENT
### COST WILL BE CONSIDERED PAYROLL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

The following provision is added to the **Premium Audit** condition contained in the **CONDITIONS** section of the policy:

If "leased workers" are furnished to you by a labor leasing firm and the payroll for the "leased workers" is unavailable, we will compute the premium based on 100 % of the total cost of the contract for the "leased workers." This percentage (%) of the total cost will be considered payroll. The premium on such payroll will be based on the classifications and rates which would have applied if the "leased workers" had been your direct "employees."

_____ / _____
AUTHORIZED REPRESENTATIVE    DATE

GLS-71s (7-97)

Home Office Copy

| SCOTTSDALE INSURANCE COMPANY® | ENDORSEMENT NO._____ |
|---|---|
| Attached to and forming a part of<br>Policy No. BCS0010238<br>Named Insured BADGER ROOFING CO. INC. | Endorsement Effective Date 05-01-05<br>12:01 A.M., Standard Time<br>Agent No. 29718 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

The coverage afforded by this policy does not apply to bodily injury, personal injury or property damage arising out of:

1. Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

2. The use of asbestos in construction or manufacturing any good, product or structure; or

3. The removal of asbestos from any good, product or structure; or

4. The manufacture, sale, transportation, storage or disposal of asbestos or goods or products containing asbestos.

The coverage afforded by the policy does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense of claim or suit related to any of the above.

_____ / _____
AUTHORIZED REPRESENTATIVE        DATE

UTS-131g (3-92)                    Home Office Copy

 **SCOTTSDALE INSURANCE COMPANY®**

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| BCS0010238 | 05-01-05 | BADGER ROOFING CO. INC. | 29718 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTORS SPECIAL CONDITIONS

The following Condition is added to the policy.

**Contractors Special Conditions**

You will obtain current certificates of insurance from all independent contractors providing evidence of:

1. "Bodily injury" and "property damage" liability Limits of Insurance equal to or greater than the limits provided by this policy; and

2. Coverage equal to or greater than the coverages provided by this policy.

Failure to comply with this condition does not alter the coverage provided by this policy. However, should you fail to comply, a premium charge will be made at the time of audit. The premium charge will be com-puted by multiplying the "total cost" of all work sublet that fails to meet the above condition, by the rate per $1,000 payroll for the applicable classification of the work performed.

If the policy does not contain the applicable classification and rate of the work performed, we will multiply our usual and customary rate per $1,000 payroll for that classification by the net modification factor, if any, applied to the policy rates.

For purposes of this endorsement, "total cost" means the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work and all fees, bonuses or commissions paid.

_____ / _____
AUTHORIZED REPRESENTATIVE          DATE

GLS-30s (8-04)

SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT
NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SUBSIDENCE EXCLUSION

This policy does not apply to "bodily injury" or "property damage" caused by, resulting from, attributable or contributed to, or aggravated by the subsidence of land as a result of landslide, mudflow, earth sinking or shifting, resulting from operations of the named insured or any subcontractor of the named insured.

**All other terms and conditions remain unchanged.**

_____    _____/_____
AUTHORIZED REPRESENTATIVE                         DATE

UTS-301g (7-02)

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

   "Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

   **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

   "Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

   **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2004