# Schwartz Simon
# Edelstein Celso & Kessler LLC

44 Whippany Road ▪ Suite 210 ▪ P.O. Box 2355 ▪ Morristown, New Jersey 07962

Tel: 973.301.0001 ▪ Fax: 973.993.3152 ▪ www.sseck.com

Please Reply to Morristown Office

Newark Office
45 Bleeker Street
Newark, New Jersey
07102
973.623.6838

New York Office:
845 Third Avenue
17th Floor
New York, New York
10022
212.752.5258

August 6, 2008

mcohen@sseck.com

**VIA FACSIMILE (609-989-0435)**
The Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
AUG - 7 2008
AT 8:30____
WILLIAM T. WALSH
CLERK

    RE:    **Scottsdale Insurance Co. v. Somerville Fidelco Associates, LP, et al.**
              Civil Action No.: 3:07cv02763 (AET) (TJB)

Dear Judge Bongiovanni:

    We represent Third-Party Defendant American Home Assurance Company ("American Home"). Pursuant to Your Honor's instruction at the telephone conference on July 29, 2008, we enclose AHA's proposed First Amended Answer in this matter. Your Honor advised that you will permit AHA to file this pleading without the necessity of a formal motion as counsel for Somerville Fidelco has consented to same.

    AHA therefore respectfully requests that you "so order" permission for AHA to file the within First Amended Answer within seven (7) days of the date of your order.

    Thank you for your assistance in this regard.

                                           Respectfully submitted,

                                           Schwartz Simon
                                           Edelstein Celso & Kessler LLC

                                           By: _____
                                               MICHAEL H. COHEN

MHC:man
Enclosure

cc:    *(via e-mail; with enclosure)*
       Jay A. Gebauer, Esq.
       Jay L. Rice, Esq.
       Michael Collins, Esq.
       Fredric Paul Gallin, Esq.

So Ordered this 6 day of August, 2008

{00371073; 1}