EXHIBIT 26

1

```
 1        BEFORE THE AMERICAN ARBITRATION ASSOCIATION

 2                 CASE NO. 18115Y0107106

 3                     -   -   -

 4   BRISTOL-MYERS SQUIBB,

 5         Claimant,

 6         v.

 7   SOMERVILLE FIDELCO ASSOCIATES,

 8         Respondent.

 9                     -   -   -

10

11        DEPOSITION UNDER ORAL EXAMINATION OF

12                  MICHAEL SOLAKOV

13              Clifton, New Jersey

14              February 9, 2007

15                     -   -   -

16

17

18        REPORTED BY:  MARGO HRONCICH, CSR

19                     -   -   -

20

21

                 ESQUIRE DEPOSITION SERVICES

22               90 Woodbridge Center Drive

                 Woodbridge, New Jersey 07095

23                    (732) 283-1060

24

25   JOB #59648
```

EXHIBIT

9



**2**

1          Transcript of the deposition of
2    MICHAEL SOLAKOV, called for Oral Examination in the
3    above-captioned matter, said deposition taken
4    pursuant to Superior Court Rules of Practice and
5    Procedure by and before MARGO A. HRONCICH, a
6    Certified Shorthand Reporter and Notary Public for
7    the State of New Jersey, at the offices of DRINKER,
8    BIDDLE & REATH, LLP, 500 Campus Drive, Florham Park,
9    New Jersey, on Friday, February 9, 2007, commencing
10   at 9:50 a.m.
11
12                        - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

                    - - -
             I N D E X
                    - - -

Testimony of:  MICHAEL SOLAKOV

         Direct  Cross  Redirect  Recross

By Mr. Vinicombe    6

By Mr. Maher        63

                    - - -
             E X H I B I T S
                    - - -

(BMS exhibits)
NO.    DESCRIPTION                    PAGE
31    Certification of Service and
      Subpoena Ad Testificandum and
      Duces Tecum served upon Slavco
      Construction, Inc.              12

32    Collection of documents produced
      by Slavco Construction, Inc.,
      facing page entitled "Job
      Scheduling Timeline"            15

33    Fax from Heather at Slavco
      Construction, Inc., to Scott
      Badger, dated October 20, 2005,
      w/attached Asbestos Abatement
      Proposal, Bates stamped SF00214 -
      216                    21
34    Document entitled "Work Plan &
      Schedule, 76 Fourth Street,
      Somerville, New Jersey," Bates
      stamped SF00258                 39

**3**

1    APPEARANCES:
2
3         DRINKER, BIDDLE & REATH, LLP
          BY:  CHARLES J. VINICOMBE, ESQUIRE
4         105 College Road East
          Suite 300
5         Princeton, New Jersey 08452
          (609) 716-6562
6         Counsel for the Claimant
7
8         GREENBAUM, ROWE, SMITH & DAVIS, LLP
          BY:  LAWRENCE P. MAHER, ESQUIRE
9         Metro Corporate Campus One
          P.O. Box 5600
10        Woodbridge, New Jersey 07095
          (732) 549-5600
11        Counsel for the Respondent
12
13   ALSO PRESENT:
14        MARGO HRONCICH, CSR
          Esquire Deposition Services
15
16                        - - -
17
18
19
20
21
22
23
24
25

**5**

                    - - -
     E X H I B I T S   (C O N T I N U E D)
                    - - -

(BMS exhibits)

NO.    DESCRIPTION                    PAGE

35    Document entitled "Procedures
      For The Removal Of Roofing,
      76 Fourth Street," Bates
      stamped SF00641 - 643           40
36    Document entitled "Slavco
      Construction, Inc., Standard
      Operating Procedures," Bates
      stamped SF00001 - 192           41
37    Slavco Construction, Inc.,
      Closeout Package, Bates
      stamped SF00413 - 507           49

**6**

```
1              - - -
        DEPOSITION SUPPORT INDEX
2              - - -
3   Direction to Witness Not to Answer
    Page Line    Page Line    Page Line
4   None
5
    Request for Production of Documents
6   Page Line    Page Line    Page Line
    None
7
8   Stipulations
    Page Line    Page Line    Page Line
9   None
10
    Question Marked
11  Page Line    Page Line    Page Line
    None
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**7**

```
1          MICHAEL SOLAKOV, c/o Slavco
2   Construction, Inc., 164 Getty Avenue, Clifton, New
3   Jersey, 07011, called as a witness, after having
4   been duly sworn, was examined and testified as
5   follows:
6   DIRECT EXAMINATION BY MR. VINICOMBE:
7       Q.    Good morning, Mr. Solakov.
8       A.    Good morning.
9       Q.    I introduced myself off the record,
10  but let me just put on the record, my name is
11  Charles Vinicombe.' I represent Bristol-Myers
12  Squibb. Bristol-Myers Squibb is the tenant at a
13  facility that has brought an arbitration proceeding
14  against the landlord, Somerville Fidelco Associates
15         We're here this morning to take your
16  deposition. Have you ever been deposed before?
17      A.    Yes.
18      Q.    Approximately how many times?
19      A.    A couple times.
20      Q.    Okay. Let me just go over sort of a
21  few of the ground rules, even though some of them
22  may be familiar to you.
23         It's important that we not speak at
24  the same time, otherwise it makes the court
25  reporter's life difficult; so I will wait until you
```

**8**

```
1   finish your answer before I ask you a question, and,
2   by the same token, if you can just wait until I've
3   completed my question before you start answering the
4   question.
5          It's also important that you answer
6   verbally and not just give a nod of the head or say
7   "uh-huh" because the court reporter can't interpret
8   what you mean by that.
9          If you don't understand a question,
10  please let me know that. I want to make sure you
11  understand every question I ask you, so if there's
12  some portion of it that you don't understand, let me
13  know and I'll attempt to rephrase it in a way that
14  you can understand it.
15          .Do you have any questions about how
16  we're going to proceed this morning?
17      A.    No questions.
18      Q.    Where are you currently employed?
19      A.    Slavco Construction.
20      Q.    And what is your position with
21  Slavco?
22      A.    General manager.
23      Q.    What are your duties and
24  responsibilities as a general manager?
25      A.    To oversee all operations, every
```

**9**

```
1   operation, from estimating to bidding, to completion
2   of the job.
3       Q.    And how long have you been with
4   Slavco?
5       A.    Three years.
6       Q.    What business is Slavco in? How
7   would you describe its business?
8       A.    We're an environmental company doing
9   from selective demolition to demolition to
10  environmental issues, from asbestos to mercury
11  contaminated soil.
12      Q.    Before joining Slavco, were you in
13  the environmental field at all, in the business?
14      A.    A long time. In the late '80s, prior
15  to Slavco, '80 to '92.
16      Q.    Who did you work for during that time
17  period?
18      A.    My father's company.
19      Q.    What's the name of that company?
20      A.    Mace, M-a-c-e, Construction.
21      Q.    Was that also an environmental
22  business?
23      A.    That was a construction business, but
24  back then, that's when asbestos was coming out,
25  lead.
```

**10**

1     Q.    And where did you work between '92
2 and when you joined Slavco?
3     A.    I worked for my father's companies,
4 either a construction company in the states, or we
5 also resided in Europe, in the Republic of
6 Macedonia.
7     Q.    So would it be accurate to say that
8 since 1980 you've been in the construction and/or
9 environmental business up through today?
10     A.    Yes.
11     Q.    Are there any certifications or
12 licenses that you hold in the environmental business
13 or the construction business?
14     A.    Certified asbestos supervisor in
15 Virginia, New Jersey, New York State, Connecticut,
16 Pennsylvania, OSHA 40-hour Haz-WOPER.
17     Q.    Forty-hour?
18     A.    H-a-z-W-O-P-E-R, Haz-WOPER. It's for
19 hazardous materials.
20     Q.    To become a certified asbestos
21 supervisor and to obtain those certifications in
22 each of the states that you mentioned, what are the
23 requirements to obtain that certification?
24     A.    A minimum of 40-hour classes that's
25 recognized by the EPA. In New Jersey you have to

**11**

1 follow up with the test; in other states you just --
2 that's proof enough.
3     Q.    When did you first become a certified
4 asbestos supervisor, and do you recall which state
5 you first obtained that certification?
6     A.    Connecticut.
7     Q.    Do you recall what year?
8     A.    2004.
9     Q.    When did you obtain your
10 certification in New Jersey?
11     A.    2004. All about in the same time,
12 2004.
13     Q.    And the OSHA Haz-WOPER certification,
14 when did you obtain that?
15     A.    February 2005.
16     Q.    What does that allow you to do?
17     A.    Contaminated soil, PCBs, mercury, you
18 know. If there's a hazardous spill, oil spill
19 cleanup, we'll oversee it.
20     Q.    The certification as an asbestos
21 supervisor, what does that qualify you to do?
22     A.    To perform asbestos work, also to
23 supervise all asbestos work on-site.
24     Q.    Does Slavco, the business, the
25 company, hold any certifications or licenses?

**12**

1     A.    Yes.
2     Q.    What are those?
3     A.    We are certified to perform asbestos
4 in New Jersey, Connecticut, New York State,
5 Pennsylvania, that's it.
6     Q.    Do you recall when Slavco obtained
7 that certification? Did it predate your joining
8 Slavco --
9     A.    Yes.
10     Q.    -- or was it recent?
11     And what does that asbestos
12 certification allow Slavco to do?
13     A.    To perform asbestos abatement in each
14 state.
15     Q.    Do you know how long Slavco has been
16 in business?
17     A.    Since 1992.
18     Q.    And you are here today in response to
19 a subpoena that we served on you; is that correct?
20     A.    Yes.
21     (Exhibit BMS-31, Certification of
22 Service and Subpoena Ad Testificandum and Duces
23 Tecum served upon Slavco Construction, Inc., is
24 received and marked for Identification.)
25     Q.    Let me hand you what I've had marked

**13**

1 as BMS-31.
2     The first page is just a
3 certification of service, but if you turn to the
4 second page where the subpoena starts, do you
5 recognize this as a subpoena that you were provided
6 with on behalf of Slavco?
7     A.    Yes.
8     Q.    And did you have an opportunity to
9 review the subpoena?
10     A.    Yes.
11     Q.    And did you discuss it with your
12 supervisor at Slavco?
13     A.    Discussed it with only the owner.
14     Q.    And who is that?
15     A.    Slavco.
16     Q.    What's his first name?
17     A.    Slavco.
18     Q.    Slavco is the first name?
19     A.    Yes.
20     Q.    What's his last name?
21     A.    Madzarov, M-a-d-z-a-r-o-v.
22     Q.    I can pronounce "Slavco" better than
23 I can his last name, so did you have a chance to
24 review the subpoena with Slavco?
25     A.    We just glanced over it.

SOLAKOV - Direct

14

1    Q.    And did he ask you to appear on
2 behalf of the company in response to the subpoena --
3    A.    Yes.
4    Q.    -- at this deposition?
5    A.    Yes.
6    Q.    Now, you'll see in the first page
7 there are a number of subject matters listed in the
8 subpoena. It has paragraph numbers 1 through 8.
9         Did you and Slavco review those
10 paragraphs and come to the conclusion that you were
11 the most knowledgeable person on those subjects --
12    A.    Yes.
13    Q.    -- for this project?
14    A.    Yes.
15    Q.    And you'll see a little bit further
16 back on page 5, where it says "Document Request,"
17 and then there's a list of paragraphs 1 through 14.
18         Did you have the opportunity to
19 review those document requests with Slavco before
20 you appeared today?
21    A.    I did not review them with Slavco. I
22 just gave a brief explanation of what was needed
23 and -- you know.
24    Q.    And did you collect any materials in
25 response to that subpoena?

15

1    A.    Yes.
2    Q.    And do you have any of those
3 materials with you today?
4    A.    Yes, I have them all.
5    Q.    Okay. Are those originals or an
6 extra set of copies?
7    A.    I have to check. They should all be
8 copies.
9    Q.    I just want to make sure I'm not
10 going to be taking your only copy from the company,
11 so that's the reason I ask. I also want to mark
12 them as well, so.
13    A.    I'll double-check.
14         (Brief pause.)
15         They're all copies.
16         (There is a discussion off the
17 record.)
18         (Exhibit BMS-32, collection of
19 documents produced by Slavco Construction, Inc.,
20 facing page entitled "Job Scheduling Timeline," is
21 received and marked for Identification.)
22    Q.    I take it you made one copy for us,
23 correct?
24    A.    Yes.
25    Q.    So what I'll do when we have a break,

16

1 or at the end, I'll make a copy for Mr. Maher.
2         What I've marked BMS-32, we were just
3 talking about documents that you had arranged to be
4 gathered in response to the subpoena, and I've now
5 marked that as BMS-32.
6         Did you direct somebody at Slavco to
7 gather these materials for you?
8    A.    I gathered a majority of them and
9 then I had the final copies made today.
10    Q.    And did you review them and come to
11 the conclusion that you had gathered all the
12 materials that were responsive to the particular
13 requests that were listed in this subpoena?
14    A.    Yes.
15    Q.    And I see, certainly, in the first
16 page, and when we have an opportunity, I'll glance
17 through some of the other pages and see if I have
18 any questions, but essentially on the first page it
19 appears to be a list which is entitled "Job
20 Scheduling Timeline," and then it has various dates
21 and events listed to next to it, correct?
22    A.    Yes.
23    Q.    Is this a document you prepared to
24 refresh your recollection of the events that had
25 occurred at the site while Slavco was working there?

17

1    A.    I had our controller, previous
2 controller, Phyllis Jones, prepare them.
3    Q.    Okay. And as we go through my
4 questions, certainly, if you need to review this
5 document to refresh your memory, feel free to do so.
6 And like I said, later on I'll go through it and if
7 I have any specific questions, I'll let you know,
8 but I want to make sure you have that available to
9 you.
10         And my understanding is that, and
11 correct me if I'm wrong, Slavco was hired to do a
12 roof removal job at 76 Fourth Street in Somerville,
13 New Jersey; is that correct?
14    A.    Correct.
15    Q.    And for purposes of this deposition,
16 I'll refer to that site as the Somerville facility
17 or the Somerville site, just so we both are on the
18 same page as far as what job we're talking about.
19 Is that okay?
20    A.    Okay.
21    Q.    Do you recall when Slavco was
22 retained to provide services at the Somerville
23 facility?
24    A.    We were -- there was -- first Badger
25 Roofing called us in September to give us a price

18

1    for asbestos abatement of a roof, and we forwarded a
2    proposal to them. Then SK Properties -- how do you
3    call their name? What's their name?
4        Q.    SK Associates, SK Properties.
5        A.    They signed a contract. That
6    proposal was forwarded to them and they signed a
7    contract, or a proposal, on 10/12, 2005.
8        Q.    Do you recall who it was from Badger
9    that had contacted your office?
10       A.    It was -- I think his last name was
11   Badger.
12       Q.    Scott Badger?
13       A.    That's it, Scott Badger.
14       Q.    Had you known Scott Badger before
15   that phone call was made to your office?
16       A.    No.
17       Q.    And do you know who he contacted at
18   Slavco initially, was it you or somebody else?
19       A.    It went through our receptionist and
20   it came to us -- and it came to me, and back then we
21   had a field manager, Mike Petrovic.
22       Q.    How do you spell this last name?
23       A.    P-e-t-r-o-v-i-c.
24       Q.    And did you eventually speak to Scott
25   Badger?

19

1        A.    We first went and took a look at the
2    job, we typed up a proposal and we forwarded it to
3    Badger Roofing, that's what our proposal is made out
4    to.
5        Q.    And you actually went out to the site
6    at that time?
7        A.    Yes.
8        Q.    And who did you meet with?
9        A.    Nobody.
10       Q.    So you just went out and did a
11   walk-through of the site --
12       A.    Yes.
13       Q.    -- to get an idea of what the job
14   would involve?
15       A.    Yes.
16       Q.    You didn't meet with anybody from
17   Badger or from the tenant, Bristol Meyer Squibb, or
18   from the landlord, SKA, or Somerville Fidelco, at
19   the time?
20       A.    No. We arrived at the site. There
21   was no access, so we drove right across the street
22   so we could try to get an elevated view of the roof,
23   but we were never on the roof.
24       Q.    You said you generated a proposal at
25   some point in time; is that correct?

20

1        A.    Yes.
2        Q.    Did you go back to the site after
3    that initial visit but before you generated your
4    proposal or did you just make that initial visit and
5    then generate the proposal?
6        A.    Initial visit, generated the
7    proposal.
8        Q.    At some point in time did you speak
9    to Scott Badger about what services were being
10   requested of Slavco?
11       A.    Well, what happened, I think
12   everything after that was forwarded -- I assume was
13   forwarded to Barry Ages' office.
14       Q.    Did you speak to Mr. Ages?
15       A.    Yes.
16       Q.    Did he describe for you what services
17   he was seeking to retain from --
18       A.    Yes.
19       Q.    And what was that description? What
20   did he tell you?
21       A.    To remove approximately 7,000 -- I'm
22   sorry. Scott Badger did state to remove 70 squares
23   of asbestos roofing.
24       Q.    Did they describe for you, either
25   Mr. Badger or Mr. Ages, what the status of the

21

1    project was at that point?
2        A.    No.
3        Q.    Did either of them convey to you that
4    Badger had started to do the roof removal and then
5    had stopped the roof removal when it became apparent
6    that asbestos was encountered at the site?
7        A.    When the proposal was generated, no.
8    Immediately following the generation of the
9    proposal.
10           MR. VINICOMBE: I realize some of
11   these documents may have been marked before, but I
12   don't have the marked versions. I'll re-mark these
13   as additional exhibits.
14           (Exhibit BMS-33, fax from Heather at
15   Slavco Construction, Inc., to Scott Badger, dated
16   October 20, 2005, with attached Asbestos Abatement
17   Proposal, is received and marked for
18   Identification.)
19       Q.    I'll hand you what's been marked
20   BMS-33.
21           This is what appears to be a fax from
22   Heather at your office to Scott Badger, dated
23   October 20, 2005, with an Asbestos Abatement
24   Proposal attached to it.
25           Is that the proposal you were talking

SOLAKOV - Direct

**22**

1  about earlier?
2      A.      Yes.
3      Q.      And was this proposal accepted?
4      A.      **This proposal was not accepted by**
5  **Badger Roofing.**
6      Q.      Was it accepted by somebody else?
7      A.      **Yes. Let me just...**
8          **It was accepted by Somerville Fidelco**
9  **Associates.**
10      Q.      Okay. Let me hand you what was
11  previously marked as Exhibit BMS-9, which appears to
12  be another copy of the proposal, signed by
13  Somerville Fidelco Associates on the second page.
14      A.      Yes.
15      Q.      Okay. So it was accepted by
16  Somerville Fidelco Associates, even though the
17  proposal was addressed to Badger Roofing Company; is
18  that correct?
19      A.      Yes.
20      Q.      Now, what was the scope of services
21  that Slavco was proposing to perform on this
22  project?
23      A.      **Removal of approximately 7,000 square**
24  **feet of asbestos-containing roofing material.**
25      Q.      And at the time that you generated

**23**

1  this proposal, did you have an understanding that
2  Badger had been originally retained by Somerville
3  Fidelco Associates to do the roof removal?
4      A.      Yes.
5      Q.      So would it be fair to say it was
6  your understanding at that time that Slavco was
7  basically proposing to provide services to take over
8  the roof removal from Badger?
9      A.      Yes.
10      Q.      Was Slavco proposing to have any
11  involvement with the roof replacement on this
12  project?
13      A.      No.
14      Q.      So your services were limited to
15  completing the roof removal project that Badger had
16  started, is that accurate?
17      A.      **Just the asbestos portion of the roof**
18  **removal.**
19      Q.      Was there another aspect of the
20  removal other than what you just said was asbestos
21  removal?
22      A.      **Just roofing material.**
23      Q.      Just so I'm clear, was the scope of
24  Slavco's services to do a complete roof removal or
25  to at least complete the roof removal or just to

**24**

1  participate in some portion of the roof removal?
2      A.      **To remove the asbestos-containing**
3  **roofing material, the foam -- above the foam, the**
4  **roofing layer, the roofing material.**
5      Q.      Were you ever provided with lab
6  results that indicated the presence of asbestos
7  materials on the roof?
8      A.      No.
9      Q.      Were you informed that somebody had
10  received lab results confirming the presence of
11  asbestos in the roofing material?
12      A.      Yes.
13      Q.      Did you ever arrange for any testing,
14  any testing for asbestos, to be done yourself?
15      A.      No.
16      Q.      So would it be fair to say you were
17  relying upon the information they provided to you
18  that asbestos was present; is that accurate?
19      A.      Yes.
20      Q.      And you treated the material as if it
21  contained asbestos; is that accurate?
22      A.      Yes.
23      Q.      The pricing on this proposal was for
24  $32,000, correct?
25      A.      Yes.

**25**

1      Q.      It was to include a deposit of $6400,
2  and then the balance to be paid later on, correct?
3      A.      Yes.
4      Q.      And was Slavco paid in full for the
5  $32,000?
6      A.      Yes.
7      Q.      Now, the proposal states, under
8  "Scope of Work," that "Slavco will utilize NJ
9  licensed asbestos handlers and supervisors on this
10  project."
11          Were licensed asbestos handlers and
12  supervisors utilized on the project?
13      A.      Yes.
14      Q.      And I think I know the answer to this
15  question, but I'll ask, who was the supervisor?
16      A.      **Nikola Paunovski, N-i-k-o-l-a,**
17  **P-a-u-n-o-v-s-k-i.**
18      Q.      It's easier for me to say "Nikola,"
19  so I'll refer to him that way.
20          So you were not the supervisor on the
21  project --
22      A.      No.
23      Q.      -- at any time?
24      A.      No.
25      Q.      If you know, who were the licensed

SOLAKOV - Direct

26

1  asbestos handlers that were used on the project?
2      A.    I don't have all their names.
3      Q.    But they were licensed, to your
4  knowledge?
5      A.    Yeah, all of them.
6      Q.    And do you recall approximately how
7  many employees were used on the job?
8      A.    Anywhere from eight to twelve.
9      Q.    Now, prior to this job, personally,
10  how many asbestos abatement or removal projects had
11  you personally been involved in?
12      A.    Prior to this?
13      Q.    Yes, if you can estimate.  I realize
14  you can't --
15      A.    At least over 50.
16      Q.    And if Nikola was serving as the
17  supervisor on the project, how would you describe
18  what your role or involvement was with the project?
19      A.    I was the field manager.
20      Q.    What tasks did you personally
21  perform in that capacity?
22      A.    Direct communications with the owner.
23  We also had to make sure the material was on the
24  site, all disposal, everybody was licensed, their
25  medical, their fit tests, all proper documents and

27

1  respirators and material needed to complete the job.
2      Q.    Do you recall how many times you were
3  actually at the site?
4      A.    I was there a minimum of four to five
5  times.
6      Q.    And were you at the site continuously
7  during the time period that the Slavco employees
8  were doing the roof removal?
9      A.    For a portion of the work, yes.
10      Q.    I'm going to hand you what was
11  previously marked BMS-14.
12          This appears to be a Slavco invoice
13  dated December 27, 2005, for the job; is that
14  correct?
15      A.    Yes.
16      Q.    And it makes reference to a $6400
17  deposit and a $25,600 balance, correct?
18      A.    Yes.
19      Q.    And, to your knowledge, was this bill
20  paid in its entirety?
21      A.    Yes.
22      Q.    Do you have any understanding whether
23  an asbestos license issued by the State of New
24  Jersey is required to remove asbestos materials from
25  a roof?

28

1      A.    In the State of New Jersey you do not
2  need to have an asbestos license to remove a roof as
3  long as you're replacing it and removing under, I
4  think it was 5,200 square feet a day, something like
5  that.
6      Q.    Do you also have to use certain
7  methodologies or equipment for you not to be
8  required to have an asbestos license in New Jersey
9  to do an asbestos removal job on a roof?
10      A.    I'm not familiar with that because we
11  are qualified.
12      Q.    And NESHAP is National Emission
13  Standards For Hazard Air Pollutants, correct?
14      A.    Yes.
15      Q.    When you made the original proposal
16  on this project, did you have any understanding at
17  that time whether Badger was going to continue to
18  play any role on the project if Slavco's services
19  were retained?
20      A.    We had no clue.
21      Q.    At some point was it brought to your
22  attention that Badger would continue to participate
23  and that their role would be to do the roof
24  replacement after you did the asbestos removal?
25      A.    Yes.

29

1      Q.    And how was that brought to your
2  attention?
3      A.    I spoke to Barry, and we had a
4  meeting to go over the work procedures that we were
5  going to implement and then to have -- after we were
6  completed, to have Badger Roofing behind us, laying
7  down the roof.
8      Q.    And on the job did the Badger
9  employees work alongside the Slavco employees at the
10  same time on the project?
11      A.    While we were working?
12      Q.    Yes.
13      A.    Yes.
14      Q.    And at any time, to your knowledge,
15  was Slavco supervising or directing any of the work
16  of the Badger employees --
17      A.    No.
18      Q.    -- on the job?
19      A.    No.
20      Q.    Now, the tenant at this facility is
21  Bristol-Myers Squibb Company.
22          At some point in time was it brought
23  to your attention that Bristol-Myers was a tenant at
24  the facility?
25      A.    Yes.

SOLAKOV - Direct

30

1   Q.    Did Mr. Ages bring that to your
2   attention? Or, let me ask, how did you learn that?
3   A.    I spoke to a field manager from
4   Squibb, I still have his card, when we were at the
5   job site. So from Barry we knew that there was a
6   tenant there.
7   Q.    Who was that field manager?
8   A.    I don't have his name.
9   Q.    Let me give you a couple of names. I
10  don't want you to guess, but if any of these names
11  jog your recollection as the person you spoke to,
12  you can let me know.
13       John Deck?
14  A.    I don't know.
15  Q.    Bob Papa?
16  A.    I don't know.
17  Q.    Bob Post?
18  A.    I don't have a recollection.
19  Q.    You said you still have the business
20  card. Do you have the business card here?
21  A.    No. It's probably in my computer
22  somewhere.
23  Q.    When you met with that Bristol-Myers
24  representative, what did you discuss?
25  A.    We walked through the building prior

31

1   to starting, it could have been the end of November,
2   beginning of September, to see the TuffWrap was
3   installed, so he walked me through the building.
4   Q.    What's TuffWrap?
5   A.    TuffWrap is -- it's a plastic. It's
6   a company that puts up plastic, so if there's any
7   asbestos abatement or any kind of work above, that
8   that dust doesn't fall down, to keep the area
9   dust-free.
10  Q.    Other than the TuffWrap that had been
11  installed, to your knowledge, were any measures
12  taken to limit or prevent dust or debris from the
13  completion of the roof removal project from entering
14  the building?
15  A.    When we started?
16  Q.    Yes.
17  A.    Okay. When we started, we went
18  beyond the regulations of New Jersey, and we have a
19  work plan that I sent to them. And in the work plan
20  we stated that we were going to remove the roof
21  without crumbling, pulverizing or reducing to any
22  kind of powder, we're going to keep it wet,
23  adequately wet, and dispose of it properly.
24  Q.    Now, you said that your plan went
25  above the regulatory requirements by the State of

32

1   New Jersey, correct?
2   A.    Yes.
3   Q.    What aspect of that exceeded the
4   requirements of the regulations?
5   A.    In the State of New Jersey you don't
6   have to -- we used a foam material, like a shave
7   cream foam, and you spray it, and we blanketed the
8   roofing material so that when you're scraping and
9   pulling it up, the dust doesn't go airborne.
10  Q.    Have you used that method before on
11  other properties?
12  A.    Yes.
13  Q.    Is it common for you to use that
14  method on other projects?
15  A.    For New York City.
16  Q.    At any time were you asked to make
17  arrangements to have core samples taken of any of
18  the roof materials?
19  A.    Can you repeat that?
20  Q.    Yes. At any time after Slavco was
21  retained on this project, were you asked by anybody
22  to make arrangements for core samples to be taken of
23  the roof materials?
24  A.    No.
25  Q.    After Slavco was retained on this

33

1   job, are you aware of anybody else having taken core
2   samples of the roofing materials?
3   A.    There was a phone call made that
4   there was a sample taken, I think it was from EHI,
5   Environmental Health Investigations, that they took
6   a test and it came back positive, asbestos.
7   Q.    Let me hand you what's been
8   previously marked as exhibits BMS-15 and BMS-16.
9       BMS-15 appears to be a draft of a
10  letter that Heather from Slavco forwarded to
11  Mr. Ages, and BMS-16 appears to be a signed copy of
12  that letter, dated October 26, 2005, sent to the New
13  Jersey Department of Labor.
14      With regard to BMS-15, the draft
15  letter that Heather forwarded, did you have any
16  involvement in the drafting of that letter?
17  A.    Drafting the letter, no.
18  Q.    Do you know who, if anybody, at
19  Slavco was involved in drafting that document?
20  A.    It would be only Heather.
21  Q.    What is Heather's position at Slavco?
22  A.    She current -- she no longer works
23  with us. She was an administrative assistant.
24  Q.    And do you have any understanding as
25  to why Heather forwarded a draft of a letter

SOLAKOV - Direct

**34**

1  addressed to the New Jersey Department of Labor to
2  Barry Ages?
3      A.    Yes.
4      Q.    And what's that understanding?
5      **A.    In the state of New Jersey, to apply**
6  **for your -- to submit a notification -- you have ten**
7  **days, ten calendar days to perform the work. To**
8  **bypass that and to start to work immediately, you**
9  **have to forward a reason why you want to start the**
10 **work.**
11     Q.    And in this letter it appears to be
12 requesting a waiver of the ten-day notification
13 period, correct?
14     A.    Yes.
15     Q.    Do you have an understanding why
16 notice has to be given to the New Jersey Department
17 of Labor before doing an asbestos removal job?
18     **A.    So they have enough time to properly**
19 **manage -- to oversee the job, because their**
20 **inspectors do come out.**
21     Q.    On this job do you recall any
22 inspector from the New Jersey Department of Labor
23 coming to the site?
24     A.    No.
25     Q.    Were you ever informed that a

**35**

1  representative of the New Jersey Department of Labor
2  had ever been to the site?
3      A.    No.
4      Q.    With regard to this letter which is
5  requesting a waiver of the ten-day notification
6  period, have you seen this type of letter used on
7  other asbestos removal jobs that you've been
8  involved in in New Jersey?
9      A.    Yes.
10     Q.    Are there any circumstances on an
11 asbestos removal job in New Jersey where you don't
12 either have to give a ten-day notification or
13 request a waiver of the ten-day notification period?
14     **A.    If the project is less than 1 linear**
15 **foot of asbestos, you don't have to give a**
16 **notification.**
17     Q.    And other than that, you do have to
18 give notification?
19     A.    Yes.
20     Q.    At any point did you, or, to your
21 knowledge, anybody else at Slavco ever ask Barry
22 Ages or Badger if core samples had ever been taken
23 of the roof at the Somerville facility?
24     A.    No.
25     Q.    Were you ever provided with a report

**36**

1  from Harry H. Leavy Associates suggesting that core
2  samples be taken of the roof at the Somerville
3  facility?
4      **A.    I have to go back one question. Were**
5  **you saying during the -- after our work was**
6  **performed or prior?**
7      Q.    At any time.
8      **A.    At any time? There was a meeting**
9  **where there was -- somebody did discuss samples,**
10 **samples being taken, not core samples, roof samples**
11     Q.    To your knowledge, were any core
12 samples taken of the roofing materials before Badger
13 performed its work on the site? Were you ever
14 informed of that?
15     **A.    I don't know, I don't know.**
16     Q.    On other roofing jobs where Slavco is
17 retained to do the roof removal -- and I recognize
18 in this instance you were taking over a portion of a
19 job that another contractor had started -- but on
20 other roof removal jobs where you're the only
21 contractor that's retained to do a roof removal,
22 does Slavco have a practice of making inquiries as
23 to whether core samples have already been taken of
24 roofing materials before conducting its own removal
25 activities?

**37**

1      **A.    Since -- we do not ask that. If the**
2  **term -- if the word comes up, "asbestos," and**
3  **somebody states to us there's asbestos on the roof,**
4  **we assume and we just proceed with asbestos removal.**
5      Q.    But if you're making a proposal on a
6  roofing job where somebody doesn't mention the
7  presence of asbestos, do you typically make
8  inquiries of the owner as to whether the roof has
9  been tested for asbestos or whether core samples
10 have been taken of any roofing materials?
11     **A.    Yes, we do.**
12     Q.    Do you do that on every job where
13 you're proposing to provide services for a roof
14 removal?
15     **A.    Yes.**
16     Q.    And why is that?
17     **A.    There's different procedures if**
18 **you're removing construction debris compared to**
19 **asbestos. There's different disposal sites, higher**
20 **costs, so we have to make sure -- plus there's laws**
21 **that we have to remove the roof the proper way.**
22     Q.    And what is the difference in those
23 procedures between an ordinary roofing job and a
24 roofing job where you encounter asbestos?
25     **A.    Lots of differences. First, the**

SOLAKOV - Direct

38

1   people you can use, they do not have to be asbestos
2   certified if the roof is non-asbestos. The disposal
3   site, construction debris you can dispose of at any
4   local site in New Jersey that accepts roofing
5   material. The price is completely different.
6   There's, you know, numerous aspects.
7       Q.    What about in terms of the equipment
8   that's used or the methods of removal that are used,
9   are there any differences in that?
10      A.    Yes, in removing a non-asbestos roof,
11  you're allowed to cut it. You can do anything to
12  it, cut it, rip it, you know, the easiest way to
13  remove it.
14           When it is an asbestos roof, you
15  cannot pulverize it; you have to limit the dust.
16      Q.    And is that to prevent non-friable
17  asbestos from becoming friable?
18      A.    Yes.
19      Q.    And if there is dust, does that
20  indicate to you that it's friable asbestos?
21      A.    No.
22      Q.    What would be an indication that
23  non-friable asbestos has become friable?
24      A.    An air sample.
25      Q.    Is my understanding correct that a

39

1   service was retained to do air sampling during
2   Slavco's roof removal in this project?
3       A.    Yes.
4       Q.    And do you know what the results of
5   any of that testing were?
6       A.    No.
7       Q.    So you don't know whether or not that
8   testing indicated the presence of asbestos or not?
9       A.    During the -- there was Environmental
10  Health Investigations. After the completion of the
11  project, we did speak to them and they said
12  everything looked good, but I don't recall physical
13  records.
14      Q.    Did Slavco retain EHI's services or
15  was it SK Associates that did that?
16      A.    It was not Slavco.
17      Q.    On other jobs where Slavco is
18  proposing to do a roof removal, if the building is
19  older than 25 years, is it Slavco's practice to
20  inquire whether asbestos is present of the owner?
21      A.    We inquire -- well, I wouldn't even
22  say 25 years, say, you know, 15 years, going back,
23  we always inquire if there's asbestos present.
24          (Exhibit BMS-34, document entitled
25  "Work Plan & Schedule, 76 Fourth Street, Somerville

40

1   New Jersey," Bates Stamped SF00258, is received and
2   marked for Identification.)
3       Q.    I'm handing you what's been marked
4   BMS-34.
5            Can you identify what this document
6   is?
7       A.    Yes.
8       Q.    What is it?
9       A.    It's the work plan that we used to
10  remove the roof at the Somerville project.
11      Q.    And was this work plan followed at
12  the site?
13      A.    Yes.
14          (Exhibit BMS-35, document entitled
15  "Procedures For The Removal Of Roofing, 76 Fourth
16  Street," Bates stamped SF00641 through 643, is
17  received and marked for Identification.)
18      Q.    I've handed you what's been marked
19  BMS-35.
20          Can you identify what that document
21  is?
22      A.    Procedures for removal of roofing at
23  76 Fourth Street.
24      Q.    These are Slavco's procedures?
25      A.    These are our procedures, yes.

41

1       Q.    Again, were these followed at the
2   site?
3       A.    Yes.
4       Q.    Comparing BMS-34 to BMS-35, is BMS-35
5   just a more detailed description of the procedures
6   and work plan that Slavco was following at the site?
7       A.    Yes.
8           (Exhibit BMS-36, document entitled
9   "Slavco Construction, Inc., Standard Operating
10  Procedures," Bates stamped SF00001 through 192, is
11  received and marked for Identification.)
12      Q.    I've handed you what's been marked
13  BMS-36.
14          Can you identify what this document
15  is?
16      A.    This is our standard operating
17  procedures, Slavco Construction standard operating
18  procedures.
19      Q.    Now, BMS-34 and 35, the work plan and
20  schedule and the procedures for the removal of the
21  roof, these documents were generated specifically
22  for the Somerville project, correct?
23      A.    Yes.
24      Q.    BMS-36, was this generated
25  specifically for the Somerville project or is this

SOLAKOV - Direct

42

1  just a general set of standard operating procedures
2  that Slavco references on all projects?
3      A.    **Just a general.**
4      Q.    So this document was not generated
5  just for the Somerville job, correct?
6      A.    **Correct.**
7      Q.    Now, with regard to the Somerville
8  job, are there certain portions of the standard
9  operating procedures that applied to that job, or
10  was it the entire set of standard operating
11  procedures?
12      A.    **It was not the entire set.  The**
13  **portions that would be would be the respirator**
14  **protection program.**
15      Q.    That's number 3.
16      A.    **Medical examinations.**
17      Q.    Okay.  Let me just back up.  This is
18  a very long document, so I want to make sure we're
19  all referencing the same page.
20          Are you looking at SF00002?
21      A.    **Yes.**
22      Q.    Then there's what appears to be an
23  index, correct?
24      A.    **Correct.**
25      Q.    The first one you mentioned is item

43

1  3, Respiratory Protection Program, correct?
2      A.    **Correct.**
3      Q.    What's the next section that applied
4  to this project?
5      A.    **Medical Examinations, number 2.**
6      Q.    Okay.  Any other sections?
7      A.    **Number 4, number 5 -- number 4 being**
8  **Energy Preparedness Procedures -- Emergency -- I'm**
9  **sorry; number 5, Engineering Controls and Work**
10  **Practices; number 6, Abatement Procedures; number 7,**
11  **Contamination Procedures, and then number 10,**
12  **Construction Safety Employee Handbook.**
13      Q.    Now, are any of these standard
14  operating procedures that you just went through, are
15  any of these required by law if you're doing an
16  asbestos removal project?
17      A.    **Yes.**
18      Q.    Which of those, all of them or just
19  some portion of those, to your knowledge?
20      A.    **To my knowledge, it would be the**
21  **Medical Examinations, number 2, the Respiratory**
22  **Protection Program, number 3, number 6, Abatement**
23  **Procedures.  That's it.**
24      Q.    Okay.  Now, on this job what measures
25  were taken with regard to respiratory protection?

44

1      A.    **All our workers have a fit test.**
2      Q.    A what?
3      A.    **A fit test.**
4      Q.    What's that?
5      A.    **It's a test to make sure the mask**
6  **properly adheres to the face.**
7      Q.    To your knowledge, the Slavco
8  employees who were involved in this asbestos removal
9  project, did they wear masks when they were on the
10  job?
11      A.    **Yes.**
12      Q.    Other than the mask, is there any
13  other respiratory protection measures that are
14  taken?
15      A.    **No.**
16      Q.    Abatement procedures, what abatement
17  procedures were used on this project?
18      A.    **The ones outlined in BMS-35.**
19      Q.    To your knowledge, were all those
20  measures taken on this job?
21      A.    **Yes.**
22      Q.    Is there another section of the
23  manual that you said was legally required for
24  asbestos abatement?
25      A.    **Number 2, Medical Examinations.**

45

1      Q.    What was done with regard to Medical
2  Examinations on this project?
3      A.    **All our employees, prior to hiring,**
4  **they have a medical, full medical exam, X-ray, to**
5  **make sure, you know, they're fit to perform the**
6  **duties.**
7      Q.    Is there any other section or did we
8  go through all the ones that you believe are legally
9  required?
10      A.    **I think we went through all of them.**
11      Q.    Okay.  Can you describe for me in as
12  much detail as you can recall what methods were used
13  by Slavco to remove and dispose of the asbestos
14  materials on the roof?
15      A.    **The methods that we used?**
16      Q.    Yes.
17      A.    **They would -- Friday night, when we**
18  **started the job, we mobilized our trailer, our**
19  **container.  We set up our ladder.  The workers went**
20  **on the roof, started prepping the roof, wetting it**
21  **down adequately, cutting the roof in sections so**
22  **they can be put through the chute, straight into our**
23  **container.**
24      Q.    What type of equipment or tools were
25  used to cut the material?

SOLAKOV - Direct

46

1     A.    There was a roof warrior.
2     Q.    Roof warrior?
3     A.    Yes. It's a machine that has a blade
4 so it can slice through the roof.
5     Q.    Do you know what type of blade it
6 has?
7     A.    Exactly... it's a ripper blade.
8     Q.    Other than the roof warrior, was any
9 other equipment or tools used to slice the asbestos
10 material?
11     A.    Yes, a roofing slicing machine,
12 cutting machine.
13     Q.    Any other tools that were used?
14     A.    Axes, shovels, crowbars. That's it.
15     Q.    I believe you said earlier the
16 materials, once it was sliced and cut up, were
17 placed in chutes?
18     A.    Yes.
19     Q.    What's a chute?
20     A.    Here's a chute (indicating). It's a
21 plastic piece from the roof that extends down, an
22 enclosed piece that extends down maybe 15 feet.
23     Q.    Okay. You've made reference to a
24 photograph contained in the materials marked BMS-32,
25 correct?

47

1     A.    Yes.
2     Q.    Let me do this, since each page,
3 there's no markings, I'm just going to put a letter
4 next to each photo so we all know what we're talking
5 about, and then I'll ask you some questions about
6 that, if that's okay with you.
7           I've put letters next to these
8 photos.
9           The photos that are in this package
10 of materials, are these photographs that you took at
11 the Somerville site during the job?
12     A.    Yes.
13     Q.    And could you just go through each
14 photo and tell us what the letter is and describe
15 for us what's been shown in each of those pictures?
16     A.    Letter A, there's a picture of a
17 building with a chute, ladder and Badger Roofing
18 bringing our equipment on the roof.
19           B, the roof cutter with the HEPA
20 filtration unit.
21     Q.    The roof cutter with the HEPA
22 filtration, is there a reason why there's HEPA
23 filtration?
24     A.    Yes.
25     Q.    Why is that?

48

1     A.    As the roof is being cut, to suck up
2 the dust, to vacuum the dust.
3           The roof warrior is letter C. That
4 was to bring the roof up, to bring the roof up after
5 being sliced.
6           D, that's our roof warrior being
7 brought onto the roof.
8           E, same thing, Badger Roofing, our
9 chute, the project at Somerville and our container.
10           F, just continuous, the Badger
11 Roofing truck hoisting our equipment up to the roof
12           G, a picture of the chute with
13 plastic behind the wall and the workers on the roof.
14           H, our container with our New Jersey
15 sign, license.
16           I, Badger Roofing truck, our
17 container, the chute.
18     Q.    And the materials, I take it from
19 those photos, the materials were transferred from
20 the roof to the dumpster through the use of the
21 chute; is that correct?
22     A.    Yes.
23     Q.    And the dumpster that contained the
24 materials, how was that disposed of?
25     A.    How was it disposed?

49

1     Q.    Correct.
2     A.    It was taken to Grows Landfill.
3     Q.    Is that a special site designated for
4 asbestos materials or is that just a general
5 landfill?
6     A.    For asbestos. It could be a general
7 landfill, but we utilize that for asbestos.
8     Q.    Now, the chute that you used, is that
9 required by regulations, to use a chute if you're
10 transferring asbestos materials from a roof to the
11 ground?
12     A.    Yes.
13     Q.    Is it appropriate to take roofing
14 materials that contain asbestos and throw it off the
15 side of the building into a dumpster?
16     A.    You can do that.
17           (Exhibit BMS-37, Slavco Construction,
18 Inc., Closeout Package, Bates stamped SF00413
19 through 507, is received and marked for
20 Identification.)
21     Q.    I hand you what's been marked BMS-37
22           Can you identify what this document
23 is?
24     A.    This is our closeout package.
25     Q.    And what is a closeout submittal?

```
                                              50
1      A.    After the completion of the project,
2  we supply the customer with the documentation: our
3  asbestos license, our insurance certificate, our
4  waste hauler license and notification, logbooks,
5  sign-off sheets, OSHA samples, waste manifests and
6  employee information.
7      Q.    Before working on this project, were
8  you familiar with Badger Roofing Company?
9      A.    No.
10     Q.    I take it you had never worked with
11 them before on other projects; is that accurate?
12     A.    Correct.
13     Q.    Do you know if Badger had recommended
14 Slavco's services to the owner?
15     A.    Don't know.
16     Q.    Do you know how it came to be that
17 Slavco was contacted for this job?  Did anybody ever
18 explain that to you?
19     A.    In detail, no, but my understanding
20 is that through Environmental Health Investigations,
21 they wanted -- the air monitor that was on-site.
22     Q.    So it was EHI or somebody from EHI
23 that --
24     A.    Yes.
25     Q.    At any time, either during this
```

```
                                              51
1  project or afterwards, were you ever informed about
2  the methods or equipment Badger had used to do the
3  partial roof removal at the site?
4      A.    Not in detail.
5      Q.    What was your understanding, if any,
6  as to what methods and equipment they had used?
7      A.    Just -- no methods, no equipment,
8  just the project went wrong.
9      Q.    The project went wrong?
10     A.    Yeah, something went wrong.  They
11 found asbestos and they removed a portion of the
12 roof that contained asbestos.
13     Q.    At any point did Barry Ages or
14 anybody else associated with SK, or Somerville
15 Fidelco, did anybody ever ask you whether Badger had
16 been using proper methods or equipment for the
17 removal of asbestos?
18     A.    Yes.
19     Q.    Who asked you that?
20     A.    I don't recall the person's name.  It
21 was a meeting that -- at SK with EHI, with Badger
22 Roofing and myself and I guess a couple of partners.
23     Q.    What did you tell them when that
24 question was asked of you?
25     A.    How it was removed properly or --
```

```
                                              52
1      Q.    No.  My question was, at any point
2  did anybody ask you if Badger had used proper
3  methods or equipment for the removal of asbestos,
4  and I understood your answer to be that issue did
5  come up at a meeting that you attended.  Did you
6  respond to that question in any way?
7      A.    Well, their methodology was -- the
8  way they used it, the roof warrior and everything,
9  was proper, it's just that the -- how can I explain
10 it?  It's just suppressing the dust was not right,
11 that's all I'm saying.
12     Q.    What do you mean by that?
13     A.    They didn't wet down the material
14 because there was a lot of dust -- they said there
15 was a lot of dust going inside the building.
16     Q.    Who told you that?
17     A.    Somebody at the table.  I don't
18 recall their names.
19     Q.    Other than the suppressing of the
20 dust, was there anything else you said in terms of
21 Badger not using the right methods or equipment?
22     A.    No.
23     Q.    From your earlier answer, I
24 understand that you're not familiar with the details
25 in terms of the equipment and method that Badger had
```

```
                                              53
1  used, correct?
2      A.    Correct.
3      Q.    Let me hand you what was previously
4  marked as BMS-27.  These are copies of photos that
5  were produced to us by Somerville Fidelco.
6          My question for you is whether any of
7  the equipment that Slavco used at the site, is that
8  depicted in any of these photographs.
9      A.    Yes.
10     Q.    Let's start with the first page,
11 which is 300.
12         Is that a piece of Slavco equipment?
13     A.    Yes.
14     Q.    And what is that piece of equipment?
15     A.    Roof warrior.
16     Q.    How about 301?
17     A.    The ripper blade attached to the roof
18 warrior.
19     Q.    302?
20     A.    Ripper blade attached to the roof
21 warrior.
22     Q.    So this is all Slavco equipment shown
23 there?
24     A.    Looks like it.  The picture's not...
25     Q.    Okay.  Let me hand you what's been
```

SOLAKOV - Direct

**54**

1 previously marked BMS-28.
2        These are what have been previously
3 identified as photographs of the roof reflecting the
4 time period when Badger was doing the roof removal
5 and replacement, so I understand that this does not
6 depict Slavco's equipment, but I have a few
7 questions for you.
8        The piece of equipment that's shown
9 in BMS 1212, do you recognize what that piece of
10 equipment is?
11        I don't want you to guess, but if you
12 have any understanding based upon looking at the
13 photo, if you could answer that.
14     A.    I'm not sure.  I can assume.  It
15 looks like a roof cutter and a roof warrior, but
16 this picture's not...
17     Q.    Can you tell what type of roof cutter
18 that is?
19     A.    I don't know.
20     Q.    How about BMS 1214?
21     A.    Looks like a roof cutter.
22     Q.    From the photo can you tell what type
23 of roof cutter that is?
24     A.    No.
25     Q.    How about 1215?

**55**

1     A.    It looks like the back of a roof
2 warrior.
3     Q.    In terms of the roof cutter that you
4 used, is there a certain type of roof cutter you're
5 supposed to use if you're removing
6 asbestos-containing roofing material?
7     A.    Our procedures are, you know, when
8 we're cutting the roof, we always use -- our
9 company, we use Garlock, and we always have a HEPA
10 vacuum attached to it.
11     Q.    Are you familiar with a piece of
12 equipment called a Panther saw?
13     A.    No.
14     Q.    Do you know what an RB roof cutter
15 is?
16     A.    I don't know what RB is.  I know what
17 a roof cutter is.
18     Q.    When Slavco was providing its roof
19 removal services and doing the work on the roof, did
20 you notice if any of the Badger employees were using
21 respiratory protective gear of any type?
22     A.    When we were working on the roof?
23     Q.    Yes.
24     A.    We kept Badger Roofing employees 25
25 feet away from us, but I don't recall any of them

**56**

1 using any respiratory -- I don't recall.
2     Q.    And what was the reason for that,
3 keeping them 25 feet away?
4     A.    Usually, in our standard operations,
5 we like keeping the work area 25 feet away when
6 we're working with asbestos.
7     Q.    And why is that?
8     A.    It's just our procedure.
9     Q.    And is that to prevent other people
10 from being exposed to asbestos?
11     A.    Yes, if an accident does occur.
12     Q.    You had mentioned earlier, you had
13 used the term NESHAP, which is the National Emission
14 Standards for Hazardous Air Pollutants, correct?
15     A.    Yes.
16     Q.    Are you familiar with the
17 requirements under NESHAP for asbestos removal?
18     A.    Generally familiar with them.
19     Q.    Is there somebody else at Slavco that
20 you rely upon as having greater knowledge or
21 expertise with the requirements of NESHAP?
22     A.    If we need to know in detail, we will
23 call an environmental company, an air-monitoring
24 company or the Department of Labor, because, you
25 know, it depends how you read it.

**57**

1     Q.    Do you know if this roofing job
2 qualified for an exemption from NESHAP's asbestos
3 removal notification requirement?
4     A.    No, I can't answer that.
5     Q.    Were you ever informed whether,
6 before Badger began its work on the project, whether
7 any notifications were provided to any governmental
8 agency for the roof job?
9     A.    No.  I don't know.  It wasn't
10 mentioned to us.
11     Q.    Do you know what an asbestos survey
12 is?
13     A.    Yes.
14     Q.    Were you ever informed whether an
15 asbestos survey had ever been performed at the
16 Somerville facility before Badger started its
17 roofing job?
18     A.    No.
19     Q.    Were you ever provided a copy of an
20 asbestos survey for the Somerville facility?
21     A.    No.
22     Q.    What is an asbestos survey?
23     A.    It's a survey stating the samples
24 that were taken at a project.  And a positive
25 sample's greater than 1 percent -- greater than 1

58

1  percent of the material contains asbestos.
2      Q.     Do you know if the work that Slavco
3  did at the site qualifies as renovations under the
4  NESHAP regulations?
5      A.     Yes.
6      Q.     It did qualify?
7      A.     It's a renovation.
8      Q.     Do you know what the regulatory
9  definition is of asbestos-containing material?
10     A.     No.
11     Q.     Do you know the difference between
12 friable and non-friable asbestos-containing
13 material?
14     A.     Yes.
15     Q.     And what is that difference?
16     A.     Non-friable is basically floor
17 tile -- material that cannot become airborne: floor
18 tile, Transite panels, roofing material. Friable
19 materials is material that can easily, easily become
20 airborne: pipe, piping insulation, boiler, boiler
21 breach, stuff like that.
22     Q.     In your experience, can non-friable
23 asbestos material become friable?
24     A.     Can it?  Yes.
25     Q.     How?

59

1      A.     If you're grinding non-friable
2  without having -- well, that's it.
3      Q.     If clouds of roofing material dust or
4  powder are created when a contractor performs the
5  removal of asbestos-containing material, is that an
6  indication that non-friable removal methods are not
7  being used by the contractor?
8      A.     It could be, because under the
9  roofing material you also have insulation which can
10 become very airborne that's non-asbestos, so it's --
11 without a sample you cannot, you cannot state.
12     Q.     Do you know if any
13 asbestos-containing materials at the Somerville
14 facility would be classified as regulated
15 asbestos-containing material?
16     A.     Regulated?
17     Q.     Yes.
18     A.     Well, the roofing material?
19     Q.     Correct.
20     A.     If it's asbestos, but under NESHAP,
21 if they're going to state regulate it, I'm not sure.
22     Q.     Did you ever encounter on this job
23 any non-friable asbestos-containing material that
24 became friable?
25     A.     No.

60

1      Q.     Was any of the material that Slavco
2  removed during the project sanded, ground, cut or
3  abraded?
4      A.     No.
5      Q.     Was any of the material that Slavco
6  encountered during the job crumbled, pulverized or
7  reduced to powder, to your knowledge?
8      A.     No.
9      Q.     Do you know what the OSHA regulatory
10 classification was for the Slavco roofing job?
11     A.     No.
12     Q.     Were you familiar with the different
13 classes under OSHA for asbestos, class 1, class 2?
14     A.     Yes, friable, non-friable.
15     Q.     And do you know what regulatory
16 classification this Slavco roofing job fell into
17 under those classes?
18     A.     No.
19     Q.     The standard operating procedures
20 that were referred to earlier, are they periodically
21 reviewed and updated by Slavco?
22     A.     I can't answer that. I don't know
23 when the last time is they were updated.
24     Q.     Do you believe that they're current
25 in terms of complying with governmental regulations

61

1  for asbestos removal?
2      A.     Yes.
3             MR. VINICOMBE:  I think I'm done.  I
4  just want to look through the documents while
5  Mr. Maher has any questions for you.
6             MR. MAHER:  If possible, let's take a
7  quick break.
8             MR. VINICOMBE:  Sure.  Why don't we
9  do that?
10            (There is a brief recess.)
11            MR. VINICOMBE:  I just have a couple
12 of questions about the documents that you produced
13 to us today.
14 BY MR. VINICOMBE:
15     Q.     There is one document that has
16 "Friday, 12/16/05" at the top, and it's in
17 handwriting and it's a total of five pages.
18            Is this a log of some sort?
19     A.     That's what the supervisor on-site
20 would do, just general log entries.
21     Q.     Does this appear to be Nikola's
22 handwriting?
23            Do you recognize his handwriting?
24     A.     I do not recognize his handwriting.
25 His signature should be...

SOLAKOV - Direct

**62**

1    Q.    On the last page?
2    A.    Yes.
3    Q.    So this is the supervisor from the
4    job?
5    A.    Yes.
6    Q.    The only other question I had is
7    there appears to be a fax cover sheet, it says "From
8    Phyllis Jones for Mike Solakov to Scott Badger,"
9    dated March 8, 2006. And it starts with "Dear
10   Scott, Our position remains that this bill is
11   grossly overstated from the agreement that was made
12   on-site between Alan and Mike." And then later on
13   in the fax it talks about "If we agree to $2,880..."
14         Was this some sort of dispute? Was
15   Badger billing fees to Slavco?
16   A.    Yes.
17   Q.    Can you explain to me what that is
18   referring to?
19   A.    **The billing was -- when we originally**
20   **got to the site, he had a crane there, so he**
21   **assisted us to bring our pieces of equipment to the**
22   **roof. Then after the first night of work, we had to**
23   **slow down a little bit because of the temperature,**
24   **so we did not have a complete night shift. We**
25   **waited till the morning and we started again. And**

**63**

1    **for Badger Roofing, they thought we were behind**
2    **schedule. So they had some of their guys lift up**
3    **the bulkheads for us so we can proceed a little**
4    **quicker, so that's the bill.**
5    Q.    And they were billing you for the use
6    of that equipment?
7    A.    **No, to lift up the bulkheads.**
8    Q.    And in terms of what Badger billed to
9    you, did you pass that cost on to the owner or did
10   you increase your bill in any way to reflect those
11   expenses?
12   A.    **No.**
13         MR. VINICOMBE: Thank you.
14   CROSS-EXAMINATION BY MR. MAHER:
15   Q.    Good morning, Mr. Solakov. My name
16   is Lawrence Maher. I'm with the firm of Greenbaum,
17   Rowe, Smith & Davis. We represent Somerville
18   Fidelco, which is the landlord at the Somerville
19   facility that is the subject of this arbitration.
20         The instructions that Mr. Vinicombe
21   gave you regarding the procedure of the deposition
22   still apply, and I'll just ask you a few questions.
23         I think you testified that
24   approximately October 26 the proposal was accepted
25   by Somerville Fidelco and you were hired to do this

**64**

1    roof removal; is that accurate?
2         Do you want to see your index?
3    A.    **October -- October 12th.**
4    Q.    October 12th?
5    A.    **Yes.**
6    Q.    I think your proposal -- do you have
7    BMS-33 there, Mr. Solakov? It's your original
8    proposal.
9    A.    **Yes.**
10   Q.    Isn't that dated October 20th?
11   A.    **Let me see. BMS --**
12   Q.    BMS-33 --
13   A.    **There were two proposals.**
14   Q.    -- it was a fax cover sheet with your
15   proposal.
16   A.    **Here we are.**
17         **Yes. I'm sorry.**
18   Q.    So your original proposal was October
19   20th?
20   A.    **Yes.**
21   Q.    And I heard you testify that that was
22   addressed to Badger Roofing, but actually accepted
23   by Somerville Fidelco as the owner of the facility;
24   is that right?
25   A.    **Yes.**

**65**

1    Q.    So it would probably be at some time
2    after October 20th that that proposal was accepted?
3         MR. VINICOMBE: Off the record.
4         (Discussion off the record.)
5    Q.    In the file you presented today, do
6    you have a copy of that proposal?
7    A.    **Yes. Because the actual -- the**
8    **proposal is dated -- the date is October 12th.**
9    Q.    You know what? Mr. Vinicombe advised
10   me off the record, and I think that there might have
11   been some confusion about the dates in the document
12   that was produced.
13         So it's your testimony that October
14   12th the proposal was accepted by the owner?
15   A.    **Yes.**
16   Q.    And once the proposal was accepted,
17   were you ready to start work?
18   A.    **Yes.**
19   Q.    Can you tell me what Slavco
20   Construction did once the proposal was accepted on
21   October 12th?
22   A.    **Barry wanted us to start immediately,**
23   **so we had to file the ten-day emergency waiver to**
24   **waive the ten-day notification, and we filed that.**
25   **We were approved.**

SOLAKOV - Cross

66

1    Q.    Was that the waiver that was drafted
2  by Heather and signed by Barry on October 26th?
3    A.    Yes.
4    Q.    So that was submitted to the
5  Department of Labor?
6    **A.    And I think it was the Department of**
7  **Health and Human Services.**
8    Q.    And did you start right away?
9    A.    No.
10   Q.    Why not?
11   **A.    Barry called us, put the job on hold**
12 **because the tenants were not ready for us to come to**
13 **the site.**
14   Q.    Now, prior to that, had you or anyone
15 else at Slavco Construction met with the tenants at
16 the site?
17   A.    No.
18   Q.    And when Barry Ages told you to put
19 the job on hold, did he tell you what was the
20 holdup?
21   **A.    In detail, no, just there was some**
22 **issues that had to be resolved with the tenants.**
23   Q.    And what was the next thing that you
24 recall that occurred with the job and the tenant?
25   **A.    Within a couple week period there was**

67

1  no communication, and then, again, we tried to start
2  to do the roof. And Barry put the job on hold
3  again. He said, wait, the tenant's still not ready.
4  So that might have happened two or three times, and
5  then one time for weather.
6    Q.    Now, during this period of time that
7  you were told the tenant wasn't ready, do you recall
8  being asked to provide information that the tenant
9  was requesting about the procedures you were going
10 to use?
11   A.    Yes.
12   Q.    And is that information something
13 that you worked on?
14   A.    For a work plan?
15   Q.    For anything that was requested by
16 the tenant.
17   **A.    Well, just for our work plan, the**
18 **procedures that we were going to implement to...**
19   Q.    Do you recall receiving a list of
20 questions that the tenant had asked?
21   A.    Yes.
22   Q.    And is that something that you
23 participated in responding to?
24   A.    Yes.
25   Q.    Is this typical on a job, that you

68

1  would be questioned as to what your procedures and
2  plans are?
3    **A.    No, it's not typical.**
4    Q.    Were you asked to provide the copy of
5  this thick document that is your standard operating
6  procedures that has been marked BMS-36 --
7    **A.    Yes.**
8    Q.    And who did you provide that to?
9    **A.    Handed it in to Barry Ages.**
10   Q.    And was it your understanding this
11 was requested by the tenant as well?
12   **A.    I don't recall that.**
13   Q.    Would you typically present this
14 standard operating procedures manual to someone when
15 you were going to do a roof removal job?
16   A.    No.
17   Q.    Now, did there come a point in time
18 when you actually met with representatives of the
19 tenant at the site?
20   A.    Yes.
21   Q.    And I think you testified that you
22 walked through the facility; is that correct?
23   **A.    Through a portion of it, yes.**
24   Q.    And when you walked through, why did
25 you do that?

69

1    **A.    Just to, I think -- TuffWrap was**
2  **installed and to see the sections where we were**
3  **going to remove the roof to make sure there was no**
4  **voids between the building, you know, to make sure**
5  **no pieces can fall in or something like that.**
6    Q.    Now, was that just before you started
7  the work in December of 2005?
8    A.    Yes.
9    Q.    And do you recall whether there were
10 any voids?
11   **A.    No, it was all wrapped in plastic**
12 **very well.**
13   Q.    When you made that walk-through, did
14 you see any dust or debris inside the facility from
15 previous work on the roof?
16   A.    No.
17   Q.    Did anybody point out anyplace that
18 had been affected by previous work on the roof?
19   A.    No.
20   Q.    Now, do you know whether --
21   **A.    I'm sorry. I'm sorry. I have to go**
22 **back to that question.**
23         **The representative that walked me**
24 **through, he actually gave me a dust mask to put**
25 **on -- well, not a dust mask.**

SOLAKOV - Cross

70

1    Q.    A surgical mask?
2    A.    A PP-100, which is -- that means
3    there's a possibility of airborne asbestos, so he
4    told me to put that on. And then we walked through
5    the final area, which was not wrapped in plastic.
6    Q.    And, again, when you made the
7    walk-through, did you see any evidence of dust or
8    debris from the previous roof work inside the
9    facility?
10   A.    No.
11   Q.    Did you have occasion to go back
12   inside the facility after you completed your work on
13   the roof?
14   A.    No.
15   Q.    Did anyone from Slavco Construction
16   go inside after you completed the roof removal?
17   A.    No.
18   Q.    Do you have an understanding of why
19   the plastic was put up by TuffWrap?
20   A.    As extra precautionary procedures
21   so -- just in case there's any kind of dust or
22   anything that falls down, to keep it away from their
23   work stations or whatever they have.
24   Q.    So if the work on the roof were to
25   cause any dust or debris to enter the inside of the

71

1    facility, the expectation would be that the plastic
2    that TuffWrap put up would catch that?
3    A.    Yes.
4    Q.    And, then, do you have any idea what
5    TuffWrap does once it has all this plastic full of
6    dust and debris, theoretically?
7    A.    TuffWrap should, if it's asbestos,
8    should out-source it and have somebody clean the
9    top, or, you know, as it's coming down, have
10   negative air units to trap any kind of airborne
11   material if anything went through the roof.
12   Q.    Now, did you observe whether, while
13   your work was ongoing, any dust was getting inside
14   the premises?
15   A.    We had no complaints. There was air
16   monitoring, I think from Eagle and also from EHI,
17   and there were no complaints.
18   Q.    About the quality of the air?
19   A.    Yes.
20   Q.    Did anybody tell you that dust or any
21   kind of debris from the roof was entering the
22   facility?
23   A.    At that point, no.
24   Q.    Did they tell you afterwards that any
25   dust or debris entered the facility as a result of

72

1    the work that Slavco did?
2    A.    I don't recall that.
3    Q.    You don't recall?
4    A.    I don't recall.
5    Q.    You testified that Slavco used a roof
6    cutter that has a vacuum with a HEPA filter; is that
7    correct?
8    A.    Yes.
9    Q.    And that's also for the purpose of
10   containing the dust that might be created by the
11   roof removal?
12   A.    Yes.
13   Q.    So that's another precaution in
14   addition to the TuffWrap that is taken to keep the
15   dust from getting inside?
16   A.    Yes.
17   Q.    And I think you testified that the
18   methods that you used on this roof removal were
19   actually in excess of the requirements by the New
20   Jersey standards; is that true?
21   A.    Yes.
22   Q.    Well, why did you use different or
23   excessive procedures?
24   A.    My understanding is to make the
25   client happy, basically. They wanted to make sure

73

1    you know, there would be no dust issues inside the
2    building. And at that meeting that we had where EHI
3    was there, Badger Roofing, Barry and
4    representatives, somebody brought up a question, you
5    know, is there anything, you know, you can do
6    better; so we told them about New York City
7    regulations. I walked out to my car, got out the
8    New York City regulations and brought it in, which
9    is a better standard; it's a higher standard.
10   Q.    And that's what you were authorized
11   to do?
12   A.    Yes.
13   Q.    And, again, that was an attempt to
14   restrict or prevent any dust or debris from getting
15   inside the facility?
16   A.    Yes.
17   Q.    Now, I think before, in response to a
18   question, you said that whenever you encounter a
19   roof removal on a roof that's 15 years or older, you
20   inquire as to whether it contains asbestos
21   materials; is that correct?
22   A.    Yes.
23   Q.    And why is that?
24   A.    Just to make sure we implement the
25   proper procedures, we file notification, you know,

**74**

1 we use -- you know respiratory programs.
2     Q.     I understand that, and I guess I
3 didn't ask the right question.
4          Why does it make a difference if a
5 roof is 15 years old or older?
6     A.     Well, roofing -- I think asbestos
7 roofing was stopped producing in the late '70s, and
8 somebody had a grandfather clause, so if the roof
9 is -- if it is an older roof, it has the possibility
10 of containing asbestos. If it's a newer roof, you
11 know, a shingle roof or plywood roof within the last
12 five or ten years, it has a possibility of not
13 containing asbestos. Can it? There's still a
14 possibility.
15     Q.     If a roof is 25 or 30 years old, is
16 it likely that it contains some sort of asbestos
17 material?
18     A.     Yes.
19     Q.     And is that common knowledge in your
20 industry?
21     A.     Yes.
22     Q.     Would you undertake a roof removal
23 project of a roof that's 25 or 30 years old without
24 determining whether it contains asbestos material?
25     A.     No, unless somebody states it's

**75**

1 asbestos and that's it, there's no survey, and we
2 already assume it's asbestos.
3     Q.     But if an owner or an architect or an
4 engineer were to retain you to remove a roof and not
5 tell you, or, in fact, not mention at all whether it
6 contained asbestos, would you just remove it or
7 would you make the necessary inquiries?
8     A.     Necessary inquiries.
9          MR. MAHER: I have no further
10 questions, thank you.
11          MR. VINICOMBE: Thank you.
12          (The witness is excused.)
13          (The deposition is concluded at
14          approximately 11:29 a.m.)
15
16
17
18
19
20
21
22
23
24
25

**76**

CERTIFICATE

     I, MARGO HRONCICH, a Notary Public
and Certified Shorthand Reporter of the State of New
Jersey, do hereby certify that prior to the
commencement of the examination, MICHAEL SOLAKOV was
duly sworn by me to testify to the truth, the whole
truth and nothing but the truth.
     I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the testimony
as taken stenographically by and before me at the
time, place and on the date hereinbefore set forth,
to the best of my ability.
     I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney nor
counsel of any of the parties to this action, and
that I am neither a relative nor employee of such
attorney or counsel, and that I am not financially
interested in the action.


     _____

     MARGO HRONCICH
     Certified Shorthand Reporter and
     Notary Public of the State of
     New Jersey

**77**

LAWYER'S NOTES
PAGE LINE

78

**A**

abatement 4:21
  12:13 18:1 21:16
  21:23 26:10 31:7
  43:10,22 44:16,16
  44:24
ability 76:13
above-captioned 2:3
abraded 60:3
accepted 22:3,4,6,8
  22:15 63:24 64:22
  65:2,14,16,20
accepts 38:4
access 19:21
accident 56:11
accurate 10:7 23:16
  24:18,21 50:11
  64:1
action 76:16,19
activities 36:25
actual 65:7
Ad 4:14 12:22
addition 72:14
additional 21:13
addressed 22:17
  34:1 64:22
adequately 31:23
  45:21
adheres 44:6
administrative
  33:23
advised 65:9
agency 57:8
Ages 20:13,14,25
  30:1 33:11 34:2
  35:22 51:13 66:18
  68:9
agree 62:13
agreement 62:11
air 28:13 38:24 39:1
  50:21 56:14 71:10
  71:15,18
airborne 32:9 58:17
  58:20 59:10 70:3
  71:10
air-monitoring
  56:23
Alan 62:12
allow 11:16 12:12
allowed 38:11
alongside 29:9
AMERICAN 1:1
and/or 10:8
answer 6:3 8:1,5
  25:14 52:4,23
  54:13 57:4 60:22
answering 8:3
anybody 19:16
  32:21 33:1,18

35:21 50:17 51:14
  51:15 52:2 69:17
  71:20
anyplace 69:17
apparent 21:5
appear 14:1 61:21
APPEARANCES
  3:1
appeared 14:20
appears 16:19 21:21
  22:11 27:12 33:9
  33:11 34:11 42:22
  62:7
applied 42:9 43:3
apply 34:5 63:22
appropriate 49:13
approved 65:25
approximately 7:18
  20:21 22:23 26:6
  63:24 75:14
arbitration 1:1 7:13
  63:19
architect 75:3
area 31:8 56:5 70:5
arrange 24:13
arranged 16:3
arrangements 32:17
  32:22
arrived 19:20
asbestos 4:21 9:10
  9:24 10:14,20 11:4
  11:20,22,23 12:3
  12:11,13 18:1
  20:23 21:6,16,23
  23:17,20 24:6,11
  24:14,18,21 25:9
  25:11 26:1,10
  27:23,24 28:2,8,9
  28:24 31:7 33:6
  34:17 35:7,11,15
  37:2,3,4,7,9,19,24
  38:1,14,17,20,23
  39:8,20,23 43:16
  44:8,24 45:13 46:9
  49:4,6,7,10,14
  50:3 51:11,12,17
  52:3 56:6,10,17
  57:2,11,15,20,22
  58:1,23 59:20
  60:13 61:1 70:3
  71:7 73:20 74:6,10
  74:13,16,24 75:1,2
  75:6
asbestos-containing
  22:24 24:2 55:6
  58:9,12 59:5,13,15
  59:23
asked 32:16,21
  51:19,24 67:8,20
  68:4

aspect 23:19 32:3
aspects 38:6
assistant 33:23
assisted 62:21
associated 51:14
Associates 1:7 7:14
  18:4 22:9,13,16
  23:3 36:1 39:15
ASSOCIATION 1:1
assume 20:12 37:4
  54:14 75:2
attached 21:16,24
  53:17,20 55:10
attempt 8:13 73:13
attended 52:5
attention 28:22 29:2
  29:23 30:2
attorney 76:15,18
authorized 73:10
available 17:8
Avenue 7:2
aware 33:1
Axes 46:14
a.m 2:10 75:14

**B**

B 4:10 5:2 47:19
back 9:24 14:16
  18:20 20:2 33:6
  36:4 39:22 42:17
  55:1 69:22 70:11
Badger 4:20 17:24
  18:8,11,12,13,14
  18:25 19:3,17 20:9
  20:22,25 21:4,15
  21:22 22:5,17 23:2
  23:8,15 28:17,22
  29:6,8,16 35:22
  36:12 47:17 48:8
  48:10,16 50:8,13
  51:2,15,21 52:2,21
  52:25 54:4 55:20
  55:24 57:6,16 62:5
  62:15 63:1,8 64:22
  73:3
balance 25:2 27:17
Barry 20:13 29:3
  30:5 34:2 35:21
  51:13 65:22 66:2
  66:11,18 67:2 68:9
  73:3
based 54:12
basically 23:7 58:16
  72:25
Bates 4:21,24 5:6,9
  5:11 40:1,16 41:10
  49:18
becoming 38:17
began 57:6
beginning 31:2

behalf 13:6 14:2
believe 45:8 46:15
  60:24
best 76:13
better 13:22 73:6,9
beyond 31:18
bidding 9:1
BIDDLE 2:8 3:3
bill 27:19 62:10 63:4
  63:10
billed 63:8
billing 61:15,19 63:5
bit 14:15 62:23
blade 46:3,5,7 53:17
  53:20
blanketed 32:7
BMS 4:12 5:3 54:9
  54:20 64:11
BMS-14 27:11
BMS-15 33:8,9,14
BMS-16 33:8,11
BMS-27 53:4
BMS-28 54:1
BMS-31 12:21 13:1
BMS-32 15:18 16:2
  16:5 46:24
BMS-33 21:14,20
  64:7,12
BMS-34 39:24 40:4
  41:4,19
BMS-35 40:14,19
  41:4,4 44:18
BMS-36 41:8,13,24
  68:6
BMS-37 49:17,21
BMS-9 22:11
Bob 30:15,17
boiler 58:20,20
Box 3:9
breach 58:21
break 15:25 61:7
brief 14:22 15:14
  61:10
bring 30:1 48:4,4
  62:21
bringing 47:18
Bristol 19:17
Bristol-Myers 1:4
  7:11,12 29:21,23
  30:23
brought 7:13 28:21
  29:1,22 48:7 73:4
  73:8
building 30:25 31:3
  31:14 39:18 47:17
  49:15 52:15 69:4
  73:2
bulkheads 63:3,7
business 9:6,7,13,22
  9:23 10:9,12,13

11:24 12:16 30:19
  30:20
bypass 34:8

**C**

C 5:2 48:3
calendar 34:7
call 18:3,15 33:3
  56:23
called 2:2 7:3 17:25
  55:12 66:11
Campus 2:8 3:9
capacity 26:21
car 73:7
card 30:4,20,20
case 1:2 70:21
catch 71:2
cause 70:25
Center 1:22
certain 28:6 42:8
  55:4
certainly 16:15 17:4
certificate 50:3 76:1
certification 4:14
  10:23 11:5,10,13
  11:20 12:7,12,21
  13:3
certifications 10:11
  10:21 11:25
certified 2:6 10:14
  10:20 11:3 12:3
  38:2 76:4,23
certify 76:5,9,14
chance 13:23
Charles 3:3 7:11
check 15:7
chute 45:22 46:19
  46:20 47:17 48:9
  48:12,17,21 49:8,9
chutes 46:17
circumstances 35:10
City 32:15 73:6,8
Claimant 1:5 3:6
class 60:13,13
classes 10:24 60:13
  60:17
classification 60:10
  60:16
classified 59:14
clause 74:8
clean 71:8
cleanup 11:19
clear 23:23
client 72:25
Clifton 1:13 7:2
closeout 5:11 49:18
  49:24,25
clouds 59:3
clue 28:20
collect 14:24

collection 4:16
  15:18
College 3:4
come 14:10 16:10
  34:20 52:5 66:12
  68:17
comes 37:2
coming 9:24 34:23
  71:9
commencement 76:6
commencing 2:9
common 32:13
  74:19
communication 67:1
communications
  26:22
companies 10:3
company 9:8,18,19
  10:4 11:25 14:2
  15:10 22:17 29:21
  31:6 50:8 55:9
  56:23,24
compared 37:18
Comparing 41:4
complaints 71:15,17
complete 23:24,25
  27:1 62:24
completed 8:3 29:6
  70:12,16
completely 38:5
completing 23:15
completion 9:1
  31:13 39:10 50:1
complying 60:25
computer 30:21
concluded 75:13
conclusion 14:10
  16:11
conducting 36:24
confirming 24:10
confusion 65:11
Connecticut 10:15
  11:6 12:4
construction 4:15
  4:17,20 5:8,10 7:2
  8:19 9:20,23 10:4
  10:8,13 12:23
  15:19 21:15 37:18
  38:3 41:9,17 43:12
  49:17 65:20 66:15
  70:15
contacted 18:9,17
  50:17
contain 49:14
contained 24:21
  46:24 48:23 51:12
  75:6
container 45:19,23
  48:9,14,17
containing 72:10

74:10,13
contains 58:1 73:20
  74:16,24
contaminated 9:11
  11:17
Contamination
  43:11
continue 28:17,22
continuous 48:10
continuously 27:6
contract 18:5,7
contractor 36:19,21
  59:4,7
controller 17:1,2
Controls 43:9
convey 21:3
copies 15:6,8,15
  16:9 53:4
copy 15:10,22 16:1
  22:12 33:11 57:19
  65:6 68:4
core 32:17,22 33:1
  35:22 36:1,10,11
  36:23 37:9
Corporate 3:9
correct 12:19 15:23
  16:21 17:11,13,14
  19:25 22:18 24:24
  25:2 27:14,17
  28:13 32:1 34:13
  38:25 41:22 42:5,6
  42:23,24 43:1,2
  46:25 48:21 49:1
  50:12 53:1,2 56:14
  59:19 68:22 72:7
  73:21
cost 63:9
costs 37:20
counsel 3:6,11 76:16
  76:18
couple 7:19 30:9
  51:22 61:11 66:25
court 2:4 7:24 8:7
cover 62:7 64:14
crane 62:20
cream 32:7
created 59:4 72:10
Cross 4:5
CROSS-EXAMIN...
  63:14
crowbars 46:14
crumbled 60:6
crumbling 31:21
CSR 1:18 3:14
current 33:22 60:24
currently 8:18
customer 50:2
cut 38:11,12 45:25
  46:16 48:1 60:2
cutter 47:19,21

54:15,17,21,23
  55:3,4,14,17 72:6
cutting 45:21 46:12
  55:8
c/o 7:1

_____ D _____

D 4:2 5:2 48:6
date 65:8 76:12
dated 4:20 21:15,22
  27:13 33:12 62:9
  64:10 65:8
dates 16:20 65:11
Davis 3:8 63:17
day 28:4
days 34:7,7
Dear 62:9
debris 31:12 37:18
  38:3 69:14 70:8,25
  71:6,21,25 73:14
December 27:13
  69:7
Deck 30:13
definition 58:9
demolition 9:9,9
Department 33:13
  34:1,16,22 35:1
  56:24 66:5,6
depends 56:25
depict 54:6
depicted 53:8
deposed 7:16
deposit 25:1 27:17
deposition 1:11,21
  2:1,3 3:14 6:1 7:16
  14:4 17:15 63:21
  75:13
describe 9:7 20:16
  20:24 26:17 45:11
  47:14
description 4:13 5:4
  20:19 41:5
designated 49:3
detail 45:12 50:19
  51:4 56:22 66:21
detailed 45:5
details 52:24
determining 74:24
difference 37:22
  58:11,15 74:4
differences 37:25
  38:9
different 37:17,19
  38:5 60:12 72:22
difficult 7:25
direct 4:5 7:6 16:6
  26:22
directing 29:15
Direction 6:3
discuss 13:11 30:24

36:9
Discussed 13:13
discussion 15:16
  65:4
disposal 26:24 37:19
  38:2
dispose 31:23 38:3
  45:13
disposed 48:24,25
dispute 62:14
document 4:23 5:5,8
  14:16,19 16:23
  17:5 33:19 39:24
  40:5,14,20 41:8,14
  42:4,18 49:22
  61:15 65:11 68:5
documentation 50:2
documents 4:16 6:5
  15:19 16:3 21:11
  26:25 41:21 61:4
  61:12
doing 9:8 27:8 34:17
  43:15 54:4 55:19
double-check 15:13
draft 33:9,14,25
drafted 66:1
drafting 33:16,17,19
DRINKER 2:7 3:3
Drive 1:22 2:8
drove 19:21
Duces 4:15 12:22
duly 7:4 76:7
dumpster 48:20,23
  49:15
dust 31:8,12 32:9
  38:15,19 48:2,2
  52:10,14,15,20
  70:7,21,25 71:6,13
  71:20,25 72:10,15
  73:1,14
dust-free 31:9
duties 8:23 45:6

_____ E _____

E 4:2,10 5:2,2 48:8
Eagle 71:16
earlier 22:1 46:15
  52:23 56:12 60:20
easier 25:18
easiest 38:12
easily 58:19,19
East 3:4
EHI 33:4 50:22,22
  51:21 71:16 73:2
EHI's 39:14
eight 26:8
either 10:4 20:24
  21:3 35:12 50:25
elevated 19:22

emergency 43:8
  65:23
Emission 28:12
  56:13
employed 8:18
employee 43:12 50:6
  76:15,17
employees 26:7 27:7
  29:9,9,16 44:8
  45:3 55:20,24
enclosed 46:22
encounter 37:24
  59:22 73:18
encountered 21:6
  60:6
Energy 43:8
engineer 9:3
Engineering 43:9
enter 70:25
entered 71:25
entering 31:13
  71:21
entire 42:10,12
entirety 27:20
entitled 4:17,23 5:5
  5:8 15:20 16:19
  39:24 40:14 41:8
entries 61:20
environmental 9:8
  9:10,13,21 10:9,12
  33:5 39:9 50:20
  56:23
EPA 10:25
equipment 28:7 38:7
  45:24 46:9 47:18
  48:11 51:2,6,7,16
  52:3,21,25 53:7,12
  53:14,22 54:6,8,10
  55:12 62:21 63:6
Esquire 1:21 3:3,8
  3:14
essentially 16:18
estimate 26:13
estimating 9:1
Europe 10:5
events 16:21,24
eventually 18:24
everybody 26:24
evidence 70:7
Exactly 46:7
exam 45:4
examination 1:11
  2:2 7:6 76:6
examinations 42:16
  43:5,21 44:25 45:2
examined 7:4
exceeded 32:3
excess 72:19
excessive 72:23
excused 75:12

exemption 57:2
Exhibit 12:21 15:18
  21:14 22:11 39:24
  40:14 41:8 49:17
exhibits 4:12 5:3
  21:13 33:8
expectation 71:1
expenses 63:11
experience 58:22
expertise 56:21
explain 50:18 52:9
  62:17
explanation 14:22
exposed 56:10
extends 46:21,22
extra 15:6 70:20

**F**

F 48:10
face 44:6
facility 7:13 17:16
  17:23 29:20,24
  35:23 36:3 57:16
  57:20 59:14 63:19
  64:23 68:22 69:14
  70:9,12 71:1,22,25
  73:15
facing 4:17 15:20
fact 75:5
fair 23:5 24:16
fall 31:8 69:5
falls 70:22
familiar 7:22 28:10
  50:8 52:24 55:11
  56:16,18 60:12
far 17:18
father's 9:18 10:3
fax 4:19 21:14,21
  62:7,13 64:14
February 1:14 2:9
  11:15
feel 17:5
fees 62:15
feet 22:24 28:4
  46:22 55:25 56:3,5
fell 60:16
Fidelco 1:7 7:14
  19:18 22:8,13,16
  23:3 51:15 53:5
  63:18,25 64:23
field 9:13 18:21
  26:19 30:3,7
file 65:5,23 73:25
filed 65:24
filter 72:6
filtration 47:20,22
  47:23
final 16:9 70:5
financially 76:18
finish 8:1

firm 63:16
first 11:3,5 13:2,16
  13:18 14:6 16:15
  16:18 17:24 19:1
  37:25 42:25 53:10
  62:22
fit 26:25 44:1,3 45:5
five 27:4 61:17
  74:12
floor 58:16,17
Florham 2:8
foam 24:3,3 32:6,7
follow 11:1
followed 40:11 41:1
following 21:8 41:6
follows 7:5
foot 35:15
foregoing 76:10
forth 76:12
Forty-hour 10:17
forward 34:9
forwarded 18:1,6
  19:2 20:12,13
  33:10,15,25
found 51:11
four 27:4
Fourth 4:23 5:6
  17:12 39:25 40:15
  40:23
free 17:5
friable 38:17,20,23
  58:12,18,23 59:24
  60:14
Friday 2:9 45:17
  61:16
full 25:4 45:4 71:5
further 14:15 75:9
  76:9,14

**G**

G 48:12
Garlock 55:9
gather 16:7
gathered 16:4,8,11
gear 55:21
general 8:22,24 42:1
  42:3 49:4,6 61:20
Generally 56:18
generate 20:5
generated 19:24
  20:3,6 21:7 22:25
  41:21,24 42:4
generation 21:8
getting 71:13 72:15
  73:14
Getty 7:2
give 8:6 17:25 30:9
  35:12,15,18
given 34:16
glance 16:16

glanced 13:25
go 7:20 17:3,6 20:2
  29:4 32:9 36:4
  45:8 47:13 69:21
  70:11,16
going 8:16 15:10
  27:10 28:17 29:5
  31:20,22 39:22
  47:3 52:15 59:21
  67:9,18 68:15 69:3
good 7:7,8 39:12
  63:15
governmental 57:7
  60:25
grandfather 74:8
greater 56:20 57:25
  57:25
Greenbaum 3:8
  63:16
grinding 59:1
grossly 62:11
ground 7:21 49:11
  60:2
Grows 49:2
guess 30:10 51:22
  54:11 74:2
guys 63:2

**H**

H 4:10 5:2 36:1
  48:14
hand 12:25 21:19
  22:10 27:10 33:7
  49:21 53:3,25
Handbook 43:12
handed 40:18 41:12
  68:9
handing 40:3
handlers 25:9,11
  26:1
handwriting 61:17
  61:22,23,24
happened 20:11
  67:4
happy 72:25
Harry 36:1
hauler 50:4
Hazard 28:13
hazardous 10:19
  11:18 56:14
Haz-WOPER 10:16
  10:18 11:13
head 8:6
Health 33:5 39:10
  50:20 66:7
heard 64:21
Heather 4:19 21:14
  21:22 33:10,15,20
  33:25 66:2
Heather's 33:21

HEPA 47:19,21,22
  55:9 72:6
hereinbefore 76:12
higher 37:19 73:9
hired 17:11 63:25
hiring 45:3
hoisting 48:11
hold 10:12 11:25
  66:11,19 67:2
holdup 66:20
HRONCICH 1:18
  2:5 3:14 76:3,23
Human 66:7
H-a-z-W-O-P-E-R
  10:18

**I**

idea 19:13 71:4
Identification 12:24
  15:21 21:18 40:2
  40:17 41:11 49:20
identified 54:3
identify 40:5,20
  41:14 49:22
immediately 21:8
  34:8 65:22
implement 29:5
  67:18 73:24
important 7:23 8:5
include 25:1
increase 63:10
index 6:1 42:23 64:2
indicate 38:20
indicated 24:6 39:8
indicating 46:20
indication 38:22
  59:6
industry 74:20
information 24:17
  50:6 67:8,12
informed 24:9 34:25
  36:14 51:1 57:5,14
initial 20:3,4,6
initially 18:18
inquire 39:20,21,23
  73:20
inquiries 36:22 37:8
  75:7,8
inside 52:15 69:14
  70:8,12,16,25
  71:13 72:15 73:1
  73:15
inspector 34:22
inspectors 34:20
installed 31:3,11
  69:2
instance 36:18
instructions 63:20
insulation 58:20
  59:9

insurance 50:3
interested 76:19
interpret 8:7
introduced 7:9
Investigations 33:5
  39:10 50:20
invoice 27:12
involve 19:14
involved 26:11
  33:19 35:8 44:8
involvement 23:11
  26:18 33:16
issue 52:4
issued 27:23
issues 9:10 66:22
  73:1
item 42:25

**J**

J 3:3
Jersey 1:13,22 2:7,9
  3:5,10 4:24 7:3
  10:15,25 11:10
  12:4 17:13 27:24
  28:1,8 31:18 32:1
  32:5 33:13 34:1,5
  34:16,22 35:1,8,11
  38:4 40:1 48:14
  72:20 76:5,24
job 1:25 4:17 9:2
  15:20 16:19 17:12
  17:18 19:2,13 26:7
  26:9 27:1,13 28:9
  29:8,18 30:5 33:1
  34:17,19,21 35:11
  36:19 37:6,12,23
  37:24 42:5,8,9
  43:24 44:10,20
  45:18 47:11 50:17
  57:1,8,17 59:22
  60:6,10,16 62:4
  66:11,19,24 67:2
  67:25 68:15
jobs 35:7 36:16,20
  39:17
jog 30:11
John 30:13
joined 10:2
joining 9:12 12:7
Jones 17:2 62:8

**K**

keep 31:8,22 70:22
  72:14
keeping 56:3,5
kept 55:24
kind 31:7,22 70:21
  71:10,21
knew 30:5
know 8:10,13 11:18

12:15 14:23 17:7
18:17 25:14,25
30:12,14,16 33:18
36:15,15 38:6,12
39:4,7,22 45:5
46:5 47:4 50:13,15
50:16 54:19 55:7
55:14,16,16 56:22
56:25 57:1,9,11
58:2,8,11 59:12
60:9,15,22 65:9
69:4,20 71:9 73:1
73:5,5,25 74:1,11
**knowledge** 26:4
27:19 29:14 31:11
35:21 36:11 43:19
43:20 44:7,19
56:20 60:7 74:19
**knowledgeable**
14:11
**known** 18:14

---
**L**

**lab** 24:5,10
**Labor** 33:13 34:1,17
34:22 35:1 56:24
66:5
**ladder** 45:19 47:17
**landfill** 49:2,5,7
**landlord** 7:14 19:18
63:18
**late** 9:14 74:7
**law** 43:15
**Lawrence** 3:8 63:16
**laws** 37:20
**LAWYER'S** 77:1
**layer** 24:4
**laying** 29:6
**lead** 9:25
**learn** 30:2
**Leavy** 36:1
**legally** 44:23 45:8
**letter** 33:10,12,15,16
33:17,25 34:11
35:4,6 47:3,14,16
48:3
**letters** 47:7
**let's** 53:10 61:6
**license** 27:23 28:2,8
48:15 50:3,4
**licensed** 25:9,11,25
26:3,24
**licenses** 10:12 11:25
**life** 7:25
**lift** 63:2,7
**limit** 31:12 38:15
**limited** 23:14
**Line** 6:3,3,3,6,6,6,8
6:8,8,11,11,11
77:2

**linear** 35:14
**list** 14:17 16:19
67:19
**listed** 14:7 16:13,21
**little** 14:15 62:23
63:3
**LLP** 2:8 3:3,8
**local** 38:4
**log** 61:18,20
**logbooks** 50:4
**long** 9:3,14 12:15
28:3 42:18
**longer** 33:22
**look** 19:1 61:4
**looked** 39:12
**looking** 42:20 54:12
**looks** 53:24 54:15,21
55:1
**lot** 52:14,15
**Lots** 37:25

---
**M**

**Mace** 9:20
**Macedonia** 10:6
**machine** 46:3,11,12
**Madzarov** 13:21
**Maher** 3:8 4:7 16:1
61:5,6 63:14,16
75:9
**majority** 16:8
**making** 36:22 37:5
**manage** 34:19
**manager** 8:22,24
18:21 26:19 30:3,7
**manifests** 50:5
**manual** 44:23 68:14
**March** 62:9
**MARGO** 1:18 2:5
3:14 76:3,23
**mark** 15:11
**marked** 6:10 12:24
12:25 15:21 16:2,5
21:11,12,17,19
22:11 27:11 33:8
40:2,3,17,18 41:11
41:12 46:24 49:19
49:21 53:4 54:1
68:6
**markings** 47:3
**mask** 44:5,12 69:24
69:25 70:1
**masks** 44:9
**material** 22:24
23:22 24:3,4,11,20
26:23 27:1 32:6,8
38:5 45:25 46:10
52:13 55:6 58:1,9
58:13,17,18,19,23
59:3,5,9,15,18,23
60:1,5 71:11 74:17

74:24
**materials** 10:19
14:24 15:3 16:7,12
24:7 27:24 32:18
32:23 33:2 36:12
36:24 37:10 45:14
46:16,24 47:10
48:18,19,24 49:4
49:10,14 58:19
59:13 73:21
**matter** 2:3
**matters** 14:7
**mean** 8:8 52:12
**means** 70:2
**measures** 31:11
43:24 44:13,20
**medical** 26:25 42:16
43:5,21 44:25 45:1
45:4,4
**meet** 19:8,16
**meeting** 29:4 36:8
51:21 52:5 73:2
**memory** 17:5
**mention** 37:6 75:5
**mentioned** 10:22
42:25 56:12 57:10
**mercury** 9:10 11:17
**met** 30:23 66:15
68:18
**method** 32:10,14
52:25
**methodologies** 28:7
**methodology** 52:7
**methods** 38:8 45:12
45:15 51:2,6,7,16
52:3,21 59:6 72:18
**Metro** 3:9
**Meyer** 19:17
**MICHAEL** 1:12 2:2
4:4 7:1 76:6
**Mike** 18:21 62:8,12
**minimum** 10:24
27:4
**mobilized** 45:18
**monitor** 50:21
**monitoring** 71:16
**morning** 7:7,8,15
8:16 62:25 63:15
**M-a-c-e** 9:20
**M-a-d-z-a-r-o-v**
13:21

---
**N**

**N** 4:2 5:2,2
**name** 7:10 9:19
13:16,18,20,23
18:3,3,10,22 30:8
51:20 63:15
**names** 26:2 30:9,10
52:18

**National** 28:12
56:13
**necessary** 75:7,8
**need** 17:4 28:2 56:22
**needed** 14:22 27:1
**negative** 71:10
**neither** 76:15,17
**NESHAP** 28:12
56:13,17,21 58:4
59:20
**NESHAP's** 57:2
**never** 19:23 50:10
**New** 1:13,22 2:7,9
3:5,10 4:24 7:2
10:15,15,25 11:10
12:4,4 17:13 27:23
28:1,8 31:18 32:1
32:5,15 33:12 34:1
34:5,16,22 35:1,8
35:11 38:4 40:1
48:14 72:19 73:6,8
76:4,24
**newer** 74:10
**night** 45:17 62:22,24
**Nikola** 25:16,18
26:16
**Nikola's** 61:21
**NJ** 25:8
**nod** 8:6
**non-asbestos** 38:2
38:10 59:10
**non-friable** 38:16,23
58:12,16,22 59:1,6
59:23 60:14
**Notary** 2:6 76:3,24
**NOTES** 77:1
**notice** 34:16 55:20
**notification** 34:6,12
35:5,12,13,16,18
50:4 57:3 65:24
73:25
**notifications** 57:7
**November** 31:1
**number** 14:7 42:15
43:5,7,7,7,9,10,10
43:11,21,22,22
44:25
**numbers** 14:8
**numerous** 38:6
**N-i-k-o-l-a** 25:16

---
**O**

**O** 5:2
**observe** 71:12
**obtain** 10:21,23 11:9
11:14
**obtained** 11:5 12:6
**occasion** 70:11
**occur** 56:11
**occurred** 16:25

66:24
**October** 4:20 21:16
21:23 33:12 63:24
64:3,3,4,10,18
65:2,8,13,21 66:2
**office** 18:9,15 20:13
21:22
**offices** 2:7
**oil** 11:18
**okay** 7:20 15:5 17:3
17:19,20 22:10,15
31:17 42:17 43:6
43:24 45:11 46:23
47:6 53:25
**old** 74:5,15,23
**older** 39:19 73:19
74:5,9
**once** 46:16 65:16,20
71:5
**ones** 44:18 45:8
**ongoing** 71:13
**on-site** 11:23 50:21
61:19 62:12
**operating** 5:9 41:9
41:16,17 42:1,9,10
43:14 60:19 68:5
68:14
**operation** 9:1
**operations** 8:25 56:4
**opportunity** 13:8
14:18 16:16
**Oral** 1:11 2:2
**ordinary** 37:23
**original** 28:15 64:7
64:18
**originally** 23:2
62:19
**originals** 15:5
**OSHA** 10:16 11:13
50:5 60:9,13
**outlined** 44:18
**out-source** 71:8
**oversee** 8:25 11:19
34:19
**overstated** 62:11
**owner** 13:13 26:22
37:8 39:20 50:14
63:9 64:23 65:14
75:3

---
**P**

**P** 3:8
**package** 5:11 47:9
49:18,24
**page** 4:13,17 5:4 6:3
6:3,3,6,6,6,8,8,8
6:11,11,11 13:2,4
14:6,16 15:20
16:16,18 17:18
22:13 42:19 47:2

53:10 62:1 77:2
pages 16:17 61:17
paid 25:2,4 27:20
panels 58:18
Panther 55:12
Papa 30:15
paragraph 14:8
paragraphs 14:10
    14:17
Park 2:8
partial 51:3
participate 24:1
    28:22
participated 67:23
particular 16:12
parties 76:16
partners 51:22
pass 63:9
Paunovski 25:16
pause 15:14
PCBs 11:17
Pennsylvania 10:16
    12:5
people 38:1 56:9
percent 57:25 58:1
perform 11:22 12:3
    12:13 22:21 26:21
    34:7 45:5
performed 36:6,13
    57:15
performs 59:4
period 9:17 27:7
    34:13 35:6,13 54:4
    66:25 67:6
periodically 60:20
person 14:11 30:11
personally 26:9,11
    26:20
person's 51:20
Petrovic 18:21
phone 18:15 33:3
photo 47:4,14 54:13
    54:22
photograph 46:24
photographs 47:10
    53:8 54:3
photos 47:8,9 48:19
    53:4
Phyllis 17:2 62:8
physical 39:12
picture 47:16 48:12
pictures 47:15
picture's 53:24
    54:16
piece 46:21,22 53:12
    53:14 54:8,9 55:11
pieces 62:21 69:5
pipe 58:20
piping 58:20
place 76:12

placed 46:17
plan 4:23 31:19,19
    31:24 39:25 40:9
    40:11 41:6,19
    67:14,17
plans 68:2
plastic 31:5,6 46:21
    48:13 69:11 70:5
    70:19 71:1,5
play 28:18
please 8:10
plus 37:20
plywood 74:11
point 19:25 20:8
    21:1 28:21 29:22
    35:20 51:13 52:1
    68:17 69:17 71:23
Pollutants 28:13
    56:14
portion 8:12 23:17
    24:1 27:9 36:18
    43:19 51:11 68:23
portions 42:8,13
position 8:20 33:21
    62:10
positive 33:6 57:24
possibility 70:3 74:9
    74:12,14
possible 61:6
Post 30:17
powder 31:22 59:4
    60:7
PP-100 70:2
practice 2:4 36:22
    39:19
Practices 43:10
precaution 72:13
precautionary 70:20
predate 12:7
premises 71:14
prepare 17:2
prepared 16:23
Preparedness 43:8
prepping 45:20
presence 24:6,10
    37:7 39:8
present 3:13 24:18
    39:20,23 68:13
presented 65:5
prevent 31:12 38:16
    56:9 73:14
previous 17:1 69:15
    69:18 70:8
previously 22:11
    27:11 33:8 53:3
    54:1,2
price 17:25 38:5
pricing 24:23
Princeton 3:5
prior 9:14 26:9,12

30:25 36:6 45:3
    66:14 76:5
probably 30:21 65:1
procedure 2:5 56:8
    63:21
procedures 5:5,9
    29:4 37:17,23
    40:15,22,24,25
    41:5,10,17,18,20
    42:1,9,11 43:8,10
    43:11,14,23 44:16
    44:17 55:7 60:19
    67:9,18 68:1,6,14
    70:20 72:23 73:25
proceed 8:16 37:4
    63:3
proceeding 7:13
produced 4:16
    15:19 53:5 61:12
    65:12
producing 74:7
Production 6:5
program 42:14 43:1
    43:22
programs 74:1
project 14:13 21:1
    22:22 23:12,15
    25:10,12,21 26:1
    26:17,18 28:16,18
    29:10 31:13 32:21
    35:14 39:2,11
    40:10 41:22,25
    43:4,16 44:9,17
    45:2 48:9 50:1,7
    51:1,8,9 57:6,24
    60:2 74:23
projects 26:10 32:14
    42:2 50:11
pronounce 13:22
proof 11:2
proper 26:25 37:21
    51:16 52:2,9 73:25
properly 31:23
    34:18 44:6 51:25
properties 18:2,4
    32:11
proposal 4:21 18:2,6
    18:7 19:2,3,24
    20:4,5,7 21:7,9,17
    21:24,25 22:3,4,12
    22:17 23:1 24:23
    25:7 28:15 37:5
    63:24 64:6,8,15,18
    65:2,6,8,14,16,20
    proposals 64:13
proposing 22:21
    23:7,10 37:13
    39:18
protection 42:14
    43:1,22,25 44:13

protective 55:21
provide 17:22 23:7
    37:13 67:8 68:4,8
provided 13:5 24:5
    24:17 35:25 57:7
    57:19
providing 55:18
Public 2:6 76:3,24
pulling 32:9
pulverize 38:15
pulverized 60:6
pulverizing 31:21
purpose 72:9
purposes 17:15
pursuant 2:4
put 7:10 45:22 47:3
    47:7 66:11,18 67:2
    69:24 70:4,19 71:2
puts 31:6
P-a-u-n-o-v-s-k-i
    25:17
P-e-t-r-o-v-i-c 18:23
P.O 3:9

Q
qualified 28:11 57:2
qualifies 58:3
qualify 11:21 58:6
quality 71:18
question 6:10 8:1,3
    8:4,9,11 25:15
    36:4 51:24 52:1,6
    53:6 62:6 69:22
    73:4,18 74:3
questioned 68:1
questions 8:15,17
    16:18 17:4,7 47:5
    54:7 61:5,12 63:22
    67:20 75:10
quick 61:7
quicker 63:4

R
RB 55:14,16
read 56:25
ready 65:17 66:12
    67:3,7
realize 21:10 26:13
reason 15:11 34:9
    47:22 56:2
REATH 2:8 3:3
recall 11:4,7 12:6
    17:21 18:8 26:6
    27:2 34:21 39:12
    45:12 51:20 52:18
    55:25 56:1 66:24
    67:7,19 68:12 69:9
    72:2,3,4
received 12:24
    15:21 21:17 24:10

40:1,17 41:11
    49:19
receiving 67:19
receptionist 18:19
recess 61:10
recognize 13:5
    36:17 54:9 61:23
    61:24
recognized 10:25
recollection 16:24
    30:11,18
recommended 50:13
record 7:9,10 15:17
    65:3,4,10
records 39:13
Recross 4:5
Redirect 4:5
reduced 60:7
reducing 31:21
refer 17:16 25:19
reference 27:16
    46:23
references 42:2
referencing 42:19
referred 60:20
referring 62:18
reflect 63:10
reflecting 54:3
refresh 16:24 17:5
regard 33:14 35:4
    42:7 43:25 45:1
regarding 63:21
regulate 59:21
regulated 59:14,16
regulations 31:18
    32:4 49:9 58:4
    60:25 73:7,8
regulatory 31:25
    58:8 60:9,15
relative 76:15,17
rely 56:20
relying 24:17
remains 62:10
removal 5:6 17:12
    21:4,5 22:23 23:3
    23:8,15,18,20,21
    23:24,25 24:1
    26:10 27:8 28:9,24
    31:13 34:17 35:7
    35:11 36:17,20,21
    36:24 37:4,14 38:8
    39:2,18 40:15,22
    41:20 43:16 44:8
    51:3,17 52:3 54:4
    55:19 56:17 57:3
    59:5,6 61:1 64:1
    68:15 70:16 72:11
    72:18 73:19 74:22
remove 20:21,22
    24:2 27:24 28:2

31:20 37:21 38:13
40:10 45:13 69:3
75:4,6
removed 51:11,25
60:2
removing 28:3 37:18
38:10 55:5
renovation 58:7
renovations 58:3
repeat 32:19
rephrase 8:13
replacement 23:11
28:24 54:5
replacing 28:3
report 35:25
REPORTED 1:18
reporter 2:6 8:7
76:4,23
reporter's 7:25
represent 7:11
63:17
representative
30:24 35:1 69:23
representatives
68:18 73:4
Republic 10:5
request 6:5 14:16
35:13
requested 20:10
67:15 68:11
requesting 34:12
35:5 67:9
requests 14:19
16:13
required 27:24 28:8
43:15 44:23 45:9
49:9
requirement 57:3
requirements 10:23
31:25 32:4 56:11
56:21 72:19
resided 10:5
resolved 66:22
respirator 42:13
respirators 27:1
respiratory 43:1,21
43:25 44:13 55:21
56:1 74:1
respond 52:6
Respondent 1:8 3:11
responding 67:23
response 12:18 14:2
14:25 16:4 73:17
responsibilities 8:24
responsive 16:12
restrict 73:14
result 71:25
results 24:6,10 39:4
retain 20:17 39:14
75:4

retained 17:22 23:2
28:19 32:21,25
36:17,21 39:1
review 13:9,24 14:9
14:19,21 16:10
17:4
reviewed 60:21
re-mark 21:12
right 19:21 52:10,21
64:24 66:8 74:3
rip 38:12
ripper 46:7 53:17,20
Road 3:4
role 26:18 28:18,23
roof 17:12 18:1
19:22,23 21:4,5
23:3,8,11,15,17,24
23:25 24:1,7 27:8
27:25 28:2,9,23
29:7 31:13,20
32:18,23 35:23
36:2,10,17,20,21
37:3,8,13,21 38:2
38:10,14 39:2,18
40:10 41:21 45:14
45:20,20,21 46:1,2
46:4,8,21 47:18,19
47:21 48:1,3,4,4,6
48:7,11,13,20
49:10 51:3,12 52:8
53:15,17,20 54:3,4
54:15,15,17,21,23
55:1,3,4,8,14,17
55:18,19,22 57:8
62:22 64:1 67:2
68:15 69:3,15,18
70:8,13,16,24
71:11,21 72:5,11
72:18 73:19,19
74:5,8,9,10,11,11
74:15,22,23 75:4
roofing 5:6 17:25
19:3 20:23 22:5,17
22:24 23:22 24:3,4
24:4,11 29:6 32:8
33:2 36:12,16,24
37:6,10,23,24 38:4
40:15,22 46:11
47:17 48:8,11,16
49:13 50:8 51:22
55:6,24 57:1,17
58:18 59:3,9,18
60:10,16 63:11
64:22 73:3 74:6,7
Rowe 3:8 63:17
rules 2:4 7:21

S

S 4:10 5:2
Safety 43:12

sample 33:4 38:24
59:11
samples 32:17,22
33:2 35:22 36:2,9
36:10,10,10,12,23
37:9 50:5 57:23
sample's 57:25
sampling 39:1
sanded 60:2
saw 55:12
saying 35:5 52:11
says 14:16 62:7
schedule 4:23 39:25
41:20 63:2
Scheduling 4:18
15:20 16:20
scope 22:20 23:23
25:8
Scott 4:20 18:12,13
18:14,24 20:9,22
21:15,22 62:8,10
scraping 32:8
second 13:4 22:13
section 43:3 44:22
45:7
sections 43:6 45:21
69:2
see 14:6,15 16:15,17
31:2 64:2,11 69:2
69:14 70:7
seeking 20:17
seen 35:6
selective 9:9
sent 31:19 33:12
September 17:25
31:2
served 4:15 12:19,23
service 4:14 12:22
13:3 39:1
services 1:21 3:14
17:22 20:9,16
22:20 23:7,14,24
28:18 37:13 39:14
50:14 55:19 66:7
serving 26:16
set 15:6 42:1,10,12
45:19 76:12
SF00001 5:9 41:10
SF00002 42:20
SF00214 4:21
SF00258 4:24 40:1
SF00413 5:11 49:18
SF00641 5:7 40:16
shave 32:6
sheet 62:7 64:14
sheets 50:5
shift 62:24
shingle 74:11
Shorthand 2:6 76:4
76:23

shovels 46:14
shown 47:15 53:22
54:8
side 49:15
sign 48:15
signature 61:25
signed 18:5,6 22:12
33:11 66:2
sign-off 50:5
site 16:25 17:16,17
19:5,11,20 20:2
21:6 26:24 27:3,6
30:5 34:23 35:2
36:13 38:3,4 40:12
41:2,6 47:11 49:3
51:3 53:7 58:3
62:20 66:13,16
68:19
sites 37:19
SK 18:2,4,4 39:15
51:14,21
SKA 19:18
Slavco 4:15,17,19
5:8,10 7:1 8:19,21
9:4,6,12,15 10:2
11:24 12:6,8,12,15
12:23 13:6,12,15
13:17,18,22,24
14:9,19,21 15:19
16:6,25 17:11,21
18:18 20:10 21:15
22:21 23:6,10 25:4
25:8 27:7,12 29:9
29:15 32:20,25
33:10,19,21 35:21
36:16,22 39:14,16
39:17 41:6,9,17
42:2 44:7 45:13
49:17 50:17 53:7
53:12,22 55:18
56:19 58:2 60:1,5
60:10,16,21 62:15
65:19 66:15 70:15
72:1,5
Slavco's 23:24 28:18
39:2,19 40:24
50:14 54:6
slice 46:4,9
sliced 46:16 48:5
slicing 46:11
slow 62:23
Smith 3:8 63:17
soil 9:11 11:17
Solakov 1:12 2:2 4:4
7:1,7 62:8 63:15
64:7 76:6
somebody 16:6
18:18 22:6 24:9
36:9 37:3,6 50:22
52:17 56:19 71:8

73:4 74:8,25
Somerville 1:7 4:24
7:14 17:12,16,17
17:22 19:18 22:8
22:13,16 23:2
35:23 36:2 39:25
40:10 41:22,25
42:5,7 47:11 48:9
51:14 53:5 57:16
57:20 59:13 63:17
63:18,25 64:23
sorry 20:22 43:9
64:17 69:21,21
sort 7:20 61:18
62:14 74:16
speak 7:23 18:24
20:8,14 39:11
special 49:3
specific 17:7
specifically 41:21,25
spell 18:22
spill 11:18,18
spoke 29:3 30:3,11
spray 32:7
square 22:23 28:4
squares 20:22
Squibb 1:4 7:12,12
19:17 29:21 30:4
stamped 4:21,24 5:7
5:9,11 40:1,16
41:10 49:18
standard 5:8 41:9
41:16,17 42:1,8,10
43:13 56:4 60:19
68:5,14 73:9,9
standards 28:13
56:14 72:20
start 8:3 34:8,9
53:10 65:17,22
66:8 67:1
started 21:4 23:16
31:15,17 36:19
45:18,20 57:16
62:25 69:6
starting 31:1
starts 13:4 62:9
state 2:7 10:15 11:4
12:4,14 20:22
27:23 28:1 31:25
32:5 34:5 59:11,21
76:4,24
stated 31:20
states 10:4,22 11:1
25:7 37:3 74:25
stating 57:23
stations 70:23
status 20:25
stenographically
76:11
Stipulations 6:8

stopped 21:5 74:7
straight 45:22
street 4:23 5:6 17:12
  19:21 39:25 40:16
  40:23
stuff 58:21
subject 14:7 63:19
subjects 14:11
submit 34:6
submittal 49:25
submitted 66:4
subpoena 4:14
  12:19,22 13:4,5,9
  13:24 14:2,8,25
  16:4,13
suck 48:1
suggesting 36:1
Suite 3:4
Superior 2:4
supervise 11:23
supervising 29:15
supervisor 10:14,21
  11:4,21 13:12
  25:15,20 26:17
  61:19 62:3
supervisors 25:9,12
supply 50:2
SUPPORT 6:1
supposed 55:5
suppressing 52:10
  52:19
sure 8:10 15:9 17:8
  26:23 37:20 42:18
  44:5 45:5 54:14
  59:21 61:8 69:3,4
  72:25 73:24
surgical 70:1
survey 57:11,15,20
  57:22,23 75:1
sworn 7:4 76:7

T
T 4:10 5:2,2
table 52:17
take 7:15 15:22 23:7
  48:18 49:13 50:10
  61:6
taken 2:3 31:12
  32:17,22 33:1,4
  35:22 36:2,10,12
  36:23 37:10 43:25
  44:14,20 49:2
  57:24 72:14 76:11
talking 16:3 17:18
  21:25 47:4
talks 62:13
tasks 26:20
Tecum 4:15 12:23
tell 20:20 47:14
  51:23 54:17,22

65:19 66:19 71:20
  71:24 75:5
temperature 62:23
ten 34:6,7 74:12
tenant 7:12 19:17
  29:20,23 30:6
  66:24 67:7,8,16,20
  68:11,19
tenants 66:12,15,22
tenant's 67:3
ten-day 34:12 35:5
  35:12,13 65:23,24
term 37:2 56:13
terms 38:7 52:20,25
  55:3 60:25 63:8
test 11:1 33:6 44:1,3
  44:5
tested 37:9
Testificandum 4:14
  12:22
testified 7:4 63:23
  68:21 72:5,17
testify 64:21 76:7
testimony 4:4 65:13
  76:10
testing 24:13,14
  39:5,8
tests 26:25
thank 63:13 75:10
  75:11
theoretically 71:6
thick 68:5
thing 48:8 66:23
think 18:10 20:11
  25:14 28:4 33:4
  45:10 61:3 63:23
  64:6 65:10 66:6
  68:21 69:1 71:16
  72:17 73:17 74:6
thought 63:1
three 9:5 67:4
throw 49:14
tile 58:17,18
till 62:25
time 7:24 9:14,16
  11:11 19:6,19,25
  20:8 22:25 23:6
  25:23 27:7 28:17
  29:10,14,22 32:16
  32:20 34:18 36:7,8
  50:25 54:4 60:23
  65:1 67:5,6 68:17
  76:12
Timeline 4:18 15:20
  16:20
times 7:18,19 27:2,5
  67:4
today 10:9 12:18
  14:20 15:3 16:9
  61:13 65:5

token 8:2
told 52:16 66:18
  67:7 70:4 73:6
tools 45:24 46:9,13
top 61:16 71:9
total 61:17
trailer 45:18
transcript 2:1 76:10
transferred 48:19
transferring 49:10
Transite 58:18
trap 71:10
treated 24:20
tried 67:1
truck 48:11,16
true 72:20
truth 76:7,8,8
try 19:22
TuffWrap 31:2,4,5
  31:10 69:1 70:19
  71:2,5,7 72:14
turn 13:3
twelve 26:8
two 64:13 67:4
type 35:6 45:24 46:5
  54:17,22 55:4,21
typed 19:2
typical 67:25 68:3
typically 37:7 68:13

U
U 5:2
uh-huh 8:7
understand 8:9,11
  8:12,14 52:24 54:5
  74:2
understanding
  17:10 23:1,6 27:22
  28:16 33:24 34:4
  34:15 38:25 50:19
  51:5 54:12 68:10
  70:18 72:24
understood 52:4
undertake 74:22
unit 47:20
units 71:10
updated 60:21,23
use 28:6 32:13 38:1
  48:20 49:9 55:5,8
  55:9 63:5 67:10
  72:22 74:1
Usually 56:4
utilize 25:8 49:7
utilized 25:12

V
v 1:6
vacuum 48:2 55:10
  72:6
various 16:20

verbally 8:6
verbatim 76:10
versions 21:12
view 19:22
Vinicombe 3:3 4:6
  7:6,11 21:10 61:3
  61:8,11,14 63:13
  63:20 65:3,9 75:11
Virginia 10:15
visit 20:3,4,6
voids 69:4,10

W
wait 7:25 8:2 67:3
waited 62:25
waive 65:24
waiver 34:12 35:5
  35:13 65:23 66:1
walked 30:25 31:3
  68:22,24 69:23
  70:4 73:7
walk-through 19:11
  69:13 70:7
wall 48:13
want 8:10 15:9,11
  17:8 30:10 34:9
  42:18 54:11 61:4
  64:2
wanted 50:21 65:22
  72:25
warrior 46:1,2,8
  48:3,6 52:8 53:15
  53:18,21 54:15
  55:2
wasn't 57:9 67:7
waste 50:4,5
way 8:13 25:19
  37:21 38:12 52:6,8
  63:10
wear 44:9
weather 67:5
week 66:25
went 18:19 19:1,5
  19:10 31:17,24
  43:14 45:10,19
  51:8,9,10 71:11
wet 31:22,23 52:13
wetting 45:20
we'll 11:19
we're 7:15 8:16 9:8
  17:18 31:22 42:18
  47:4 55:8 56:6
witness 6:3 7:3
  75:12
Woodbridge 1:22
  1:22 3:10
word 37:2
work 4:23 9:16 10:1
  11:22,23 25:8 27:9
  29:4,9,15 31:7,19

31:19 34:7,8,10
  36:5,13 39:25 40:9
  40:11 41:6,19 43:9
  55:19 56:5 57:6
  58:2 62:22 65:17
  67:14,17 69:7,15
  69:18 70:8,12,23
  70:24 71:13 72:1
worked 10:3 50:10
  67:13
workers 44:1 45:19
  48:13
working 16:25
  29:11 50:7 55:22
  56:6
works 33:22
wouldn't 39:21
wrapped 69:11 70:5
wrong 17:11 51:8,9
  51:10
w/attached 4:21

X
X 4:2,10 5:2
X-ray 45:4

Y
Yeah 26:5 51:10
year 11:7
years 9:5 39:19,22
  39:22 73:19 74:5
  74:12,15,23
York 10:15 12:4
  32:15 73:6,8

$
$2,880 62:19
$25,600 27:17
$32,000 24:24 25:5
$6400 25:1 27:16

#
#59648 1:25

0
07011 7:3
07095 1:22 3:10
08452 3:5

1
1 14:8,17 35:14
  57:25,25 60:13
10 43:11
10/12 18:7
105 3:4
11:29 75:14
12 4:15
12th 64:3,4 65:8,14
  65:21
12/16/05 61:16

**1212** 54:9
**1214** 54:20
**1215** 54:25
**14** 14:17
**15** 4:18 39:22 46:22
   73:19 74:5
**164** 7:2
**18115Y0107106** 1:2
**192** 5:9 41:10
**1980** 10:8
**1992** 12:17

---

**2**

**2** 43:5,21 44:25
   60:13
**20** 4:20 21:16,23
**20th** 64:10,19 65:2
**2004** 11:8,11,12
**2005** 4:20 11:15
   18:7 21:16,23
   27:13 33:12 69:7
**2006** 62:9
**2007** 1:14 2:9
**21** 4:22
**216** 4:22
**25** 39:19,22 55:24
   56:3,5 74:15,23
**26** 33:12 63:24
**26th** 66:2
**27** 27:13
**283-1060** 1:23

---

**3**

**3** 42:15 43:1,22
**30** 74:15,23
**300** 3:4 53:11
**301** 53:16
**302** 53:19
**31** 4:14
**32** 4:16
**33** 4:19
**34** 4:23
**35** 5:5 41:19
**36** 5:8
**37** 5:10
**39** 4:24

---

**4**

**4** 43:7,7
**40** 5:7
**40-hour** 10:16,24
**41** 5:9
**49** 5:11

---

**5**

**5** 14:16 43:7,9
**5,200** 28:4
**50** 26:15
**500** 2:8
**507** 5:11 49:19

**549-5600** 3:10
**5600** 3:9

---

**6**

**6** 4:6 43:10,22
**609** 3:5
**63** 4:7
**643** 5:7 40:16

---

**7**

**7** 43:10
**7,000** 20:21 22:23
**70** 20:22
**70s** 74:7
**716-6562** 3:5
**732** 1:23 3:10
**76** 4:23 5:6 17:12
   39:25 40:15,23

---

**8**

**8** 14:8 62:9
**80** 9:15
**80s** 9:14

---

**9**

**9** 1:14 2:9
**9:50** 2:10
**90** 1:22
**92** 9:15 10:1