METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Quincy Mutual Fire Insurance Company
Our File No.  68637 FPG

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>V.<br><br>SOMERVILLE FIDELCO ASSOCIATES, L.P. AND BADGER ROOFING CO., INC.<br><br>　　　　Defendants<br><br>AND<br><br>SOMERVILLE FIDELCO ASSOCIATES, L.P.<br><br>　　　　Third Party Plaintiffs<br><br>V.<br><br>QUINCY MUTUAL FIRE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY<br><br>　　　　Third Party Defendants | CIVIL ACTION NO.: 3:07-CV-02763 (AET) (TJB)<br><br>Civil Action<br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

　　**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for defendant, Quincy Mutual Fire Insurance Company for an Order for Summary Judgment dismissing

the plaintiff's Complaint and any and all Crossclaims, and the Court having considered the matter and for good cause shown;

**IT IS** on this        day of                  , 2009;

**ORDERED** that Summary Judgment dismissing Somerville Fidelco's Third Party Complaint and any and all Crossclaims be and is hereby granted in favor of the defendant, Quincy Mutual Fire Insurance Company; and it is further

**ORDERED** that Quincy Mutual Fire Insurance Company has no duty to defend, indemnify or reimburse Somerville Fidelco for any claims brought against it by Bristol Meyers as a result of the roofing work and asbestos contamination at the property 76 Fourth Street, Somerville, New Jersey; and it is further

**ORDERED** that a copy of this Order be served on all counsel within        days of the date hereof.

                                                               _____
                                                                              J.S.C.

( ) Opposed
( ) Unopposed