Our File No. 68637 FPG

## CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Methfessel & Werbel.

2. On October 8, 2009 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

**E-File**
Judge Anne E. Thompson
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.,
402 E. State Street
Trenton, NJ 08608

**E-File**
Jay Gebauer, Esq.
Post & Schell, P.C.
Overlook Center, 2nd Floor
100 Overlook Drive
Princeton, NJ 08540
Attorneys for: Scottsdale Insurance Company

**E-File**
Michael Cohen, Esq.
Saiber, LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Attorneys for: American Home Insurance Company

**E-File**
Greg Sodini, Esq.
Sodini & Spina, LLC
500 Hardin Road
Freehold, NJ 07728
Attorneys for: Badger Roofing

**E-File**
Jay J. Rice, Esq.
Nagel Rice, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for: Somerville Fidelco Associates LP

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Terri Selover*
Terri Selover