
METHFESSEL & WERBEL
A Professional Corporation

**Counsel**

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
DONALD L. CROWLEY*+
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S.BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>

**Of Counsel**
JOHN METHFESSEL, SR.>

LORI BROWN STERNBACK*+
MARC DEMBLING*+
PAUL J. ENDLER JR.>
GERALD KAPLAN+
JARED P. KINGSLEY*+
STEVEN A. KLUXEN^
JOHN R. KNODEL*^
CHARLES T. MCCOOK, JR.*>
MARTIN R. MCGOWAN, JR.>

**Associates**

TRACY B. BUSSEL>
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
TIMOTHY J. FONSECA+
SCOTT V. HECK+
FRANK J. KEENAN+^
JENNIFER M. HERRMANN^=
RAINA M. JOHNSON^
LESLIE A. KOCH+
ALLISON M. KOENKE>
DANIELLE M. LOZITO+
ANDRES Y. MEJER+
KEITH J. MURPHY+
JEFFREY D. NOONAN>
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
CHARLES P. SAVOTH, III>
AMANDA J. SCHMESSER^
MICHELLE M. SCHOTT>
GINA M. STANZIALE>
ADAM S. WEISS<

\* Certified by the Supreme Court of
    New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC
=Member of FL Bar

**Please reply to New Jersey**

October 8, 2009

**E-File**
Judge Anne E. Thompson
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.,
402 E. State Street
Trenton, NJ 08608

RE: **SCOTTSDALE INSURANCE VS. SOMERVILLE FIDELCO,
ET AL.**
Our File No. : 68637 FPG
Docket No. : 3:07-CV-02763 (AET) (TJB)

Dear Judge Thompson:

Enclosed please find the following documents:

☒Notice of Motion for Summary Judgment
☒Affidavit with exhibits
☒Brief
☒Order
☒Certificate of Mailing

Would you kindly file same.

Very truly yours,

**METHFESSEL & WERBEL, ESQS.**

Fredric Paul Gallin
gallin@methwerb.com
Ext. 162

FPG:tls/Encl.
nc

Methfessel & Werbel, Esqs.
Our File No. 68637 FPG
Page 2


**E-File**
cc:  Jay Gebauer, Esq.
Post & Schell, P.C.
Overlook Center, 2nd Floor
100 Overlook Drive
Princeton, NJ  08540

**E-File**
Michael Cohen, Esq.
Saiber, LLC
One Gateway Center, 13th Floor
Newark, NJ  07102-5311

**E-File**
Greg Sodini, Esq.
Sodini & Spina, LLC
500 Hardin Road
Freehold, NJ 07728

**E-File**
Jay J. Rice, Esq.
Nagel Rice, LLC
103 Eisenhower Parkway
Roseland, NJ  07068

METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Quincy Mutual Fire Insurance Company
Our File No.  68637 FPG

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION NO.: 3:07-CV-02763 (AET) (TJB) |
| Plaintiff, | |
| V. | Civil Action |
| SOMERVILLE FIDELCO ASSOCIATES, L.P. AND BADGER ROOFING CO., INC. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Defendants | |
| AND | |
| SOMERVILLE FIDELCO ASSOCIATES, L.P. | |
| Third Party Plaintiffs | |
| V. | |
| QUINCY MUTUAL FIRE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY | |
| Third Party Defendants | |

**TO:   MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court before Judge Anne E. Thompson, United States District Court - Trenton, Clarkson S. Fisher Fed. Bldg., 402 E. State Street, Trenton, NJ  08608, on a date to be assigned at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order for Summary Judgment dismissing the plaintiff's Complaint and any and all Crossclaims.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Quincy Mutual Fire
Insurance Company

By:_____
        Fredric Paul Gallin

DATED: October 8, 2009
A proposed form of Order is annexed hereto.