UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CIVIL ACTION NO. 3:07-cv-02763 (AET) (TJB) |
| Plaintiffs, | |
| v. | |
| SOMERVILLE FIDELCO ASSOCIATES, L.P. and BADGER ROOFING CO., INC. Defendants. | |
| And | |
| SOMERVILLE FIDELCO ASSOCIATES, L.P. | ORDER |
| Third Party Plaintiff, | |
| v. | |
| QUINCY MUTUAL FIRE INSURANCE COMPANY and AMERICAN HOME ASSURANCE COMPANY, | RECEIVED OCT 19 2009 AT 8:30_____M WILLIAM T. WALSH CLERK |
| Third Party Defendants. | |

**WHEREAS** on October 9, 2009 Scottsdale Insurance Company, Quincy Mutual Fire Insurance Company and American Home Assurance Company filed motions for summary judgment pursuant to this Court scheduling Order; and

**WHEREAS** the parties have agreed to an adjournment of the motions and briefing schedule; and

**WHEREAS** good cause having been shown for this extension,

It is on the ___16___ day of ___October___ ordered that the new return date for the motions is December 21, 2009, with opposition papers to be filed by December 7, 2009 and replies papers to be filed by December 14, 2009.

_____
Tonianne J. Bongiovanni, U.S.M.J.

**ORDER ON ORAL MOTION**