# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°

HARRY A. MARGOLIS
(1926-2002)

°MEMBER OF N.J. & N.Y. BARS

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 833-0900

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

COUNSEL
HERBERT I. WALDMAN*°
LORI I. MAYER°
RANDEE M. MATLOFF
ELLIOTT LOUIS PELL°
ANDREW L. O'CONNOR

GREG M. KOHN°
MICHAEL R. FELDMAN

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

December 1, 2009

*(Via Facsimile 609-989-0435)*
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Room 6052
Clarkson S. Fischer Federal Building & US Courthouse
402 E. State Street
Trenton, New Jersey 08608

RECEIVED

DEC - 1 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: Scottsdale Insurance Company
v. Somerville Fidelco Associates, LP and Badger Roofing Company Inc.
Civil Action No. 3:07-cv-02763(AET)(TJB)

Dear Judge Bongiovanni:

The undersigned represents Somerville Fidelco Associates, LP in the above referenced matter. Pursuant to my telephone conversation with Your Honors chambers, please allow this correspondence to serve as my request to obtain leave to file a brief in excess of the 30-page limit imposed by L. Civ. R. 7.2.

We are in the process of preparing opposition papers in response to three separate motions for summary judgment filed by three different insurance carriers who are parties to this litigation. In each case the insurer contends that they had no obligation to provide insurance coverage to Somerville Fidelco Associates, LP and/or Badger Roofing. Rather than burdening the Court with three separate briefs containing duplicative material regarding the legal standard, procedural posture of this case and factual summary, the undersigned intends to present one brief. We will of course provide a separate counter-statement of material facts responding to each movant's papers.

Consequently, we ask for permission to file a brief not exceeding 60 pages in length, rather than filing 3 separate briefs, which could total 90 pages without permission from the Court. *Granted*

I have obtained consent to exceed the page limit from counsel for each of the movants.

So Ordered this __1__ day
of _December_, 20_09_

[signature]