# Exhibit Y

{00577094.DOC}

Case 3:07-cv-02763-AET-TJB  Document 61-3  Filed 01/12/10  Page 2 of 2
Case 3:07-cv-02763-AET-TJB  Document 39  Filed 08/14/2009  Page 1 of 1
08/13/2009  11:27  6093243333  POSTSCHELL  PAGE  02/02



**POST & SCHELL**
ATTORNEYS AT LAW

Overlook Center - 2nd Floor
100 Overlook Drive
Princeton, NJ 08540
609-924-3333 Main
609-924-4144 Fax
www.postschell.com

Quinn M. McCusker

qmccusker@postschell.com
609-376-2034 Direct
File Number: 134347

August 13, 2009

*VIA FAX AND REGULAR MAIL*

RECEIVED
AUG 1 4 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

The Honorable Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Federal Building &
U.S. Courthouse, Room 6052
402 E. State Street
Trenton, New Jersey 08608

RE: Scottsdale Insurance Company vs. Somerville Fidelco Associates, L.P., et al.
DOCKET NO. 07-CV-02763

Dear Judge Bongiovanni:

Pursuant to the parties' conversation after today's case management conference, we have all agreed to set October 9, 2009 as the deadline for the plaintiff and the third-party defendants to file their dispositive motions.

After reviewing the motions, if the attorneys for Somerville Fidelco feel they need additional discovery before filing their opposition briefs, they may contact the court and request a conference to address the specific issues.

Thank you for courtesy and assistance in this matter.

Respectfully submitted,

*The Remaining Schedule Shall be reset at a later date.*

Quinn M. McCusker

cc: Jay J. Rice, Esquire
    Randee Matloff, Esquire
    Michael Collins, Esquire
    Michael Cohen, Esquire
    Melissa Natale, Esquire
    Frederic Gallin, Esquire

So Ordered this __15__ day
of __August__, 20_09_

**ORDER ON ORAL MOTION**

ALLENTOWN  HARRISBURG  LANCASTER  PHILADELPHIA  PITTSBURGH  PRINCETON  WASHINGTON, D.C.
A PENNSYLVANIA PROFESSIONAL CORPORATION